1  **MICHAEL N. FEUER**, City Attorney
   **SCOTT MARCUS**, Chief Assistant City Attorney (SBN 184980)
2  **CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
   **CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
3  200 N. Main Street, 6th Floor, City Hall East
4  Los Angeles, California 90012
   Tel: (213) 978-7023; Fax: (213) 978-8785
5  Email: christian.bojorquez@lacity.org

6  *Attorneys for Defendants* CITY OF LOS ANGELES, MICHEL MOORE, and
7  NATHAN RAMOS

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem, ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually,<br><br>                     Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; OFFICER BRET BEKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER NATHAN RAMOS; OFFICER ANGEL ROMERO; Police Chief MICHEL MOORE, in his individual, and official capacity; and DOES 6-0, inclusive,<br><br>                     Defendants. | **Case No. 2:21-cv-02957 JFW (MARx)**<br>*Hon Judge: John F Walters; Crtm 7A*<br>*Hon Magistrate Judge Margo A. Rocconi*<br><br>**[PROPOSED] JOINT EXHIBIT LIST**<br><br>PTC Date:  March 18, 2022<br>Time:          8:00 a.m.<br>Courtroom: 7A<br><br>Trial Date:  April 5, 2022<br>Time:          8:30 a.m.<br>Courtroom: 7A |

    Defendants hereby submit this Proposed Joint Exhibit List.  Defendants believe this to be an accurate representation of the Exhibits, as Defendants incorporated Plaintiffs' exhibits into this list.

1

# **EXHIBITS**

| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| 1 | August 14, 2020 Incident Recall (CITY000001-000030) | | | |
| 2 | August 14, 2020 Force Investigation Confidential Report (CITY000031-000063) | | | |
| 3 | August 13, 2021 Use of Force Board Correspondence (CITY000064) | | | |
| 4 | August 13, 2021 Investigative Report (CITY000065-000075) | | | |
| 5 | July 23, 2021 Chief of Police Report Findings (CITY001530-1584) | | | |
| 6 | August 14, 2020 Watch Commander's Daily Report (CITY000076-000087) | | | |
| 7 | August 14, 2020 Sergeant's Daily Report (CITY000088-000106) | | | |
| 8 | August 14, 2020 Death Investigation Report of Daniel Rivera (CITY000107) | | | |
| 9 | August 14, 2020, Body Cam Footage (MAR000241) | | | |
| 10 | August 14, 2020, Body Cam Footage (MAR000242) | | | |
| 11 | LAPD Frequencies | | | |
| 12 | LAFD Frequency | | | |

| | | | | |
|---|---|---|---|---|
| 13 | Aug 14, 2020  911 Call  1 | | | |
| 14 | Aug 14, 2020  911 Call  2 | | | |
| 15 | Aug 14, 2020  911 Call  3 | | | |
| 16 | Aug 14, 2020  911 Call  4 | | | |
| 17 | Aug 14, 2020  911 Call  5 | | | |
| 18 | Body Word Video – Officer Brett Beckstrom | | | |
| 19 | Body Word Video – Officer Tyler Moser | | | |
| 20 | Body Word Video – Officer Michael Lopez | | | |
| 21 | Body Word Video – Officer Angel Romero | | | |
| 22 | Body Word Video – Officer Nathan Ramos | | | |
| 23 | Body Word Video – Castaneda 41193 | | | |
| 24 | Body Word Video - Garcia | | | |
| 25 | Body Word Video – Mota | | | |
| 26 | Body Word Video – Reilly | | | |
| 27 | Body Word Video – Rodriguez #1 | | | |
| 28 | Body Word Video – Rodriguez #2 | | | |
| 29 | Body Word Video – Rodriguez #3 | | | |
| 30 | Body Word Video - Sgt Bogart #1 | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| 31 | Body Word Video – Sgt Bogart #2 |  |  |  |
| 32 | Body Word Video – Sgt Calderon |  |  |  |
| 33 | Body Word Video – Whitelaw |  |  |  |
| 34 | August 14, 2020 Body Cam Footage (Titled – 43766@2020081480614) |  |  |  |
| 35 | DICV – Lopez/Romero |  |  |  |
| 36 | DICV – Moser |  |  |  |
| 37 | Los Angeles Coroner's Report (CITY0001502-001513) |  |  |  |
| 38 | August 14, 2020 Autopsy Report by the County of Los Angeles Medical Examiner for Daniel Rivera (MAR000001-000028) |  |  |  |
| 39 | August 14, 2020 Autopsy Images of Daniel Rivera (MAR000030-238) |  |  |  |
| 40 | August 14, 2020 Images of Daniel Rivera (CITY000126-00145) |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| 41 | August 14, 2020 Images of Daniel Rivera (CITY001289-001311) | | | | |
| 42 | August 14, 2020 Call-Out/ In-Custody Death Report (CITY001494-1499) | | | | |
| 43 | August 24, 2020 Force Investigation Division Correspondence, Assessment of Supervisors' Responses to In-Custody Death (CITY001500) | | | | |
| 44 | Version 5.3 Basic Course Workbook Series Use of Force/ De-escalation (CITY001312-1489) | | | | |
| 45 | August 16, 2020 Taser Information (CITY1490-1491) | | | | |
| 46 | Los Angeles Police Department Use of Force Directives on Electronic Control Device, Taser, produced in this litigation (CITY0001446- 0001451) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1-7 | 47 | Los Angeles Police Department Policy pertaining to the Use of Less Lethal Force, produced in this litigation by the City of Los Angeles (CITY0001456) | | | |
| 8-14 | 48 | Los Angeles Police Department Policy pertaining to Excited Delirium, produced in this litigation by the City of Los Angeles (CITY0001457-0001459) | | | |
| 15-18 | 49 | True and correct copy of the transcript of Officer Lopez's tape-recorded Interview, dated August 16, 2020. (CITY000325-000378) | | | |
| 19-24 | 50 | True and correct copy of the transcript of Officer Romero's tape-recorded interview, dated August 16, 2020. (CITY000379-000433) | | | |
| 25-27 | 51 | True and correct copy of the transcript of Officer Beckstrom's tape-recorded | | | |

|    |                                                                                                                 |   |   |   |
|----|-----------------------------------------------------------------------------------------------------------------|---|---|---|
|    | interview, dated August 15, 2020. (CITY000192-000251)                                                            |   |   |   |
| 52 | True and correct copy of the transcript of Officer Moser's tape-recorded interview, dated August 16, 2020. (CITY000252-000324) |   |   |   |
| 53 | Property Report                                                                                                  |   |   |   |
| 54 | 3rd Party Videos                                                                                                 |   |   |   |
| 55 | Scene Photographs                                                                                                |   |   |   |
| 56 | Toxicology Reports                                                                                               |   |   |   |
| 57 | Hobble Training Directive                                                                                        |   |   |   |
| 58 | Security Videos                                                                                                  |   |   |   |
| 59 | LAFD Emergency – Paramedic Reports                                                                               |   |   |   |
| 60 | Curriculum Vitae: Dr. Bennet Omalu                                                                               |   |   |   |
| 61 | List of Documents Reviewed by Dr. Bennet Omalu                                                                   |   |   |   |
| 62 | Supplemental Expert Report by Dr. Bennet Omalu                                                                   |   |   |   |
| 63 | Curriculum Vitae: Mr. Ernest Burwell                                                                             |   |   |   |
| 64 | List of Documents Reviewed by Mr. Ernest Burwell                                                                 |   |   |   |

| | | | | |
|---|---|---|---|---|
| 65 | Supplemental Expert Report by Mr. Ernest Burwell | | | |
| 66 | California POST Learning Domains | | | |
| 67 | Family Photo with Plaintiff (MAR000278-296) | | | |
| 68 | Sketched Artwork of son by Plaintiff (MAR000277) | | | |
| 69 | February 11, 2021 DNA Test Report of Minor, M.A.R. (MAR000029) | | | |
| 70 | John H. Francis Polytechnic Senior High School – Report Card of Minor, M.A.R. (MAR000275-000276) | | | |

Defendants reserve their right to add additional exhibits.

DATED: March 3, 2022

MICHAEL N. FEUER, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney
CORY M. BRENTE, Senior Assistant City Attorney

By: /s/ *Christian R. Bojorquez*
CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
*Attorneys for Defendants* CITY OF LOS ANGELES MICHEL MOORE, and NATHAN RAMOS