| | |
|---|---|
| Name | V. James DeSimone (SBN 119668) |
| Address | 13160 Mindanao Way, Suite 280 |
| City, State, Zip | Marina del Rey, CA 90292 |
| Phone | 310.693.5561 |
| Fax | 323.544.6550 |
| E-Mail | vjdesimone@gmail.com; VJD000095@bohmlaw.com |

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; et al.<br>PLAINTIFF(S),<br>v.<br>CITY OF LOS ANGELES; et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:21-cv-02957-FWS-MARx<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that ___M.A.R. and Silvia Imelda Rivera___ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

## Criminal Matter

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

## Civil Matter

☒ Order (specify):
(Dkt. 133). Order granting Defendants' Motion for Summary Judgment (3/28/22)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on ___3/28/22___.

A copy of said judgment or order is attached hereto.

April 21, 2022                                      /s/ VJD
Date                                                Signature
                                                    ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).