# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 21-2957JFW (MARx)** | Dated: **February 23, 2022** |

Title:  M.A.R., et al. -v- City of Los Angeles, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**  ORDER TAKING UNDER SUBMISSION DEFENDANTS OFFICER BRETT BECKSTROM, OFFICER ANGEL ROMERO, OFFICER MICHAEL LOPEZ AND OFFICER TYLER MOSER'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT [filed 1/17/22; Docket No. 64]

Defendants' Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment is currently on calendar for February 28, 2022, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for February 28, 2022 is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_