_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 21-02957-FWS (MARx)                                           Date: June 1, 2022
Title: M.A.R. et al v. City of Los Angeles et al

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**     SCHEDULING ORDER

The court, having reviewed the pleadings, docket, and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), considers this case ready to commence trial proceedings. <u>Notwithstanding</u> the court's Order on Pretrial and Trial Procedures (Civil Cases) filed concurrently herewith, the court sets the following schedule:

| | |
|---|---|
| Check one: [ x ] Jury Trial  or  [ ] Bench Trial<br>**Tuesday at 8:30 a.m.** | **10/24/2023** |
| Trial Length | **5-7 days** |
| Final Pretrial Conference & Hearing on Motions in Limine<br>**[Thursday at 8:30 a.m., at least 12 days before trial]** | **10/12/2023** |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **[Thursday]** | **9/8/2022** |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for filing dispositive motions)** | **6/15/2023** |
| Expert Disclosure (Initial) | **6/22/2023** |
| Expert Disclosure (Rebuttal) | **7/6/2023** |
| Expert Discovery Cut-Off | **7/20/2023** |
| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | **7/20/2023** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>  Select one:<br>    [ ] 1. Magistrate Judge (with Court approval)<br>    [ ] 2. Court's Mediation Panel<br>    [x] 3. Private Mediation | **8/3/2023** |

_____

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 21-02957-FWS (MARx)                                        Date: June 1, 2022
Title: M.A.R. et al v. City of Los Angeles et al

| | |
|---|---|
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 9/21/2023 |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 9/28/2023 |

**cc: ADR**                                                                                    Initials of Deputy Clerk:  mku

___