FILED

JUL 1 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| M. A. R., a minor by and through his Guardian ad Litem Elisabeth Barragan, individually, and as a successor in interest to Daniel Rivera; SILVIA IMELDA RIVERA, individually,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>CITY OF LOS ANGELES; et al.,<br><br>        Defendants-Appellees. | No. 22-55415<br><br>D.C. No. 2:21-cv-02957-FWS-MAR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

This appeal challenges the district court's grant of partial summary judgment to certain defendants on some of appellants' claims. Because the challenged order did not resolve all claims as to all parties, *see Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981), appellants were ordered to show cause why the appeal should not be dismissed for lack of jurisdiction. On June 17, 2022, the district court granted appellants' motion to voluntarily dismiss their remaining claims without prejudice and appellants have not filed a new or amended notice of appeal from that order.

This court's April 27, 2022, order to show cause is discharged, and briefing in this appeal will proceed.

LCC/MOATT

The opening brief and excerpts of record are due August 1, 2022. The answering brief is due August 31, 2022. The optional reply brief is due within 21 days after service of the answering brief.

In addition to all other issues the parties wish to raise in their briefs, the parties are directed to address the basis for this court's jurisdiction over this appeal. *See* 28 U.S.C. § 1291; *Martinez v. Barr*, 941 F.3d 907, 915-16 (9th Cir. 2019) (discussing cases in which court has permitted premature civil appeal to "ripen" into appeal of subsequent final order); *Sneller v. City of Bainbridge Island*, 606 F.3d 636, 638 (9th Cir. 2010) (discussing circumstances under which voluntary dismissal without prejudice creates appealable judgment).