UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem, Elisbeth Barragan, individually and as a successor in interest to DANIEL RIVERA; SYLVIA IMELDA RIVERA, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; OFFICER BRET BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER NATHAN RAMOS; OFFICER ANGEL ROMERO, Police Chief Michel Moor, and DOES 6-10, Inclusive,<br><br>Defendants. | Case No: 2:21-cv-02957-FWS-MAR<br><br>*Judge: Hon. Fred W. Slaughter*<br><br>**[PROPOSED] ORDER TO VACATE PRE-TRIAL CONFERENCE AND TRIAL DATES AND SCHEDULE AND CONTINUE TRIAL DATE TO MARCH 29, 2024**<br><br>*[Filed concurrently with: Stipulation to Vacate Pre-Trial Conference and Trial Dates and Continue Trial Date to March 29, 2024]* |

This Court, having read and considered the parties' Joint Stipulation to Vacate Pre-Trial Conference and Trial Dates and Schedule and Continue Trial Date to March 29, 2024, hereby rules as follows:

1. _____

2. _____

3. _____

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT COURT JUDGE