NOTE: CHANGES MADE BY COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor by and through his Guardian ad Litem Elisabeth Barragan, individually, and as a successor in interest to Daniel Rivera; SILVIA IMELDA RIVERA, individually,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES; et al.,<br><br>        Defendants. | Case No. 2:21-cv-02957-FWS-MAR<br><br>**ORDER MODIFYING JUNE 1, 2023, SCHEDULING ORDER [145]** |

///
///
///

Having reviewed and considered the Parties' Joint Stipulation to Vacate Pre-Trial Conference and Trial Dates and Schedule and Continue Trial Date to March 29, 2024 [159] (the "Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated, the court **ORDERS** the court's September 11, 2023, Scheduling Order [154] **MODIFIED** to read as follows (with changes indicated by italics):[1]

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial **Tuesday at 8:30 a.m.** | **First Day:** *4/16/2024*[2] |
| Parties' Estimated Trial Length | **5-7 days** |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m., at least 12 days before trial]** | *3/7/2024* |
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Thursday] | 9/8/2022 |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | 6/15/2023 |
| Expert Disclosure (Initial) | *12/7/2023* |
| Expert Disclosure (Rebuttal) | *12/21/2023* |
| Expert Discovery Cut-Off | *1/4/2024* |
| Last Date to **Hear** Motions **[Thursday]** • Motion for Summary Judgment due at least 6 weeks before hearing • All other motions due at least 4 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | 7/20/2023 |
| Deadline to Complete Settlement Conference [L.R. 16-15] Select one: [ ] 1. Magistrate Judge (with Court approval) [ ] 2. Court's Mediation Panel [x] 3. Private Mediation | **8/3/2023** |
| **Trial Filings (first round)** | *2/8/2024* |

---

[1] This Order is now the Operative Scheduling Order in the above-captioned case.
[2] In the Stipulation, the Parties request that "[t]he current Final Pre-Trial Conference and Trial dates in this case be vacated," and "[t]hat the Court schedule trial for March 29, 2024, with commensurate pre-trial dates and expert discovery deadlines." (Stipulation at 9.) The court observes the Stipulation requests a trial date of March 29, 2024, which is a Friday. The court generally starts trials on Tuesdays, and has selected a Tuesday consistent with that practice.

| | |
|---|---|
| • Motions in Limine with Proposed Orders<br>• *Daubert* Motions with Proposed Orders[3]<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• *Affirmative Deposition Designation(s)* | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Oppositions to *Daubert* Motions[4]<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• Objections and Counter Deposition Designation(s) | *2/15/2024* |
| • Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s) | *2/22/2024* |

**IT IS SO ORDERED**.

Dated:  October 6, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: ADR

---

[3] *Daubert* motions and oppositions to *Daubert* motions shall not exceed ten (10) pages in length.

[4] Pursuant to this court's order on pretrial and trial procedures, the parties shall not file replies to the motions in limine. (*See* Dkt. 147 at 4 ("Unless the court determines otherwise, counsel shall not file any replies.").) In addition, unless the court determines otherwise, the parties shall not file replies to any *Daubert* motions.