| | |
|---|---|
| 1 | V. James DeSimone (SBN: 119668) |
| 2 | Carmen D. Sabater (SBN: 303546)<br>Ryann E. Hall (SBN: 306080) *Of Counsel* |
| 3 | **V. JAMES DESIMONE LAW**<br>13160 Mindanao Way, Suite 280 |
| 4 | Marina Del Rey, CA 90292<br>Phone: (310) 693-5561 |
| 5 | Facsimile: (323) 544-6880<br>Email: vjdesimone@gmail.com; |
| 6 | cds820@gmail.com;  rhall@bohmlaw.com;<br>VJD000095@bohmlaw.com |
| 7 | Dale K. Galipo (SBN: 144074) |
| 8 | Cooper Alison-Mayne (SBN: 343169)<br>**THE LAW OFFICES OF** |
| 9 | **DALE K. GALIPO**<br>21800 Burbank Blvd, Suite 310 |
| 10 | Woodland Hills, CA 91367-6479<br>Phone: (818) 347-3333 |
| 11 | Facsimile: (818) 347-4118<br>E-mails: dalekgalipo@yahoo.com; |
| 12 | CMayne@galipolaw.com |
| 13 | Attorneys for Plaintiffs,<br>M.A.R. |
| 14 | SILVIA IMELDA RIVERA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | M.A.R., a minor by and through his Guardian ad Litem Elisabeth Barragan, individually, and as a successor in interest to Daniel Rivera; SILVIA IMELDA RIVERA, individually, | Case No.: 2:21-cv-02957-FWS-MAR |
| 18 | | **NOTICE OF ASSOCIATION OF COUNSEL** |
| 19 | | |
| 20 | Plaintiffs, | *Assigned for All Purposes to:*<br>Hon. Fred W. Slaughter<br>Courtroom 10D |
| 21 | v. | Action Filed: April 6, 2021<br>Trial Date: April 16, 2024 |
| 22 | CITY OF LOS ANGELES, a municipal entity; Chief MICHEL MOORE, in his individual and official capacities; Officer BRET BECKSTROM; Officer TYLER MOSER; Officer MICHAEL LOPEZ; Officer ANGEL ROMERO; and DOES 6–10, inclusive, | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | Defendants. | |
| 27 | | |
| 28 | /// | |

1

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL:**

**PLEASE TAKE NOTICE** that Plaintiffs M.A.R., a minor by and through his Guardian ad Litem Elisabeth Barragan, and SILVIA IMELDA RIVERA (collectively, "Plaintiffs"), and V. James DeSimone, Carmen D. Sabater, and Ryann E. Hall, attorneys of record for Plaintiffs, hereby associate the Law Offices of Dale K. Galipo and attorneys Dale K. Galipo and Cooper Alison-Mayne as co-counsel for Plaintiffs in this matter.

This notice of appearance is for the purposes of identifying counsel and preparing a service list. Plaintiffs respectfully request that Dale K. Galipo and Cooper Alison-Mayne be added to the docket and that any documents filed by or with this Court be provided to them at the service addresses set forth below:

>Dale K. Galipo (SBN: 144074)
>Cooper Alison-Mayne (SBN: 343169)
>**THE LAW OFFICES OF DALE K. GALIPO**
>21800 Burbank Blvd, Suite 310
>Woodland Hills, CA 91367-6479
>Phone: (818) 347-3333
>Facsimile: (818) 347-4118
>E-mails: dalekgalipo@yahoo.com;
>CMayne@galipolaw.com

Date: December 21, 2023.  **V. JAMES DESIMONE LAW**

By: */s/ V . James DeSimone*
V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Attorney 3, Esq.

Attorneys for Plaintiffs,
M.A.R.
SILVIA IMELDA RIVERA

Date: December 21, 2023.  **LAW OFFICES OF DALE K. GALIPO**

By: /s/ Dale K. Galipo
Dale K. Galipo, Esq.
Cooper Alison-Mayne, Esq.

Attorneys for Plaintiffs,
M.A.R.
SILVIA IMELDA RIVERA

2

M.A.R., et al. v. City of Los Angeles, et al.
Case No.: 2:21-cv-02957-FWS-MAR

NOTICE OF ASSOCIATION OF COUNSEL

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over eighteen (18) years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is: 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367.

On December 21, 2023, I served true copies of the following document(s) described as **NOTICE OF ASSOCIATION OF COUNSEL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope with fully prepaid postage for deposit in the United States Post Office mailbox, at my business address shown above, following V. James DeSimone's ordinary business practices for the collection and processing of correspondence for mailing, of which I am readily familiar, to the individual(s) and address(es) as set forth in the attached Service List.

☐ **BY FEDERAL EXPRESS:** By depositing a true copy thereof enclosed in a sealed envelope with delivery fees, thereon fully prepaid, in a box or other facility regularly maintained by Federal Express for overnight mail for collection to the individual(s) and address(es) as set forth in the attached Service List.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) identified and listed herein on the interested parties by email to the email address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 21, 2023 in Woodland Hills.

/s/Alejandro Monguia
Alejandro Monguia
Paralegal

**SERVICE LIST**
*M.A.R., et al. v. City of Los Angeles, et al.*
Case No.: 2:21-cv-02957-FWS-MAR

| | |
|---|---|
| V. James Desimone (SBN: 119668)<br>Carmen D. Sabater (SBN: 303546)<br>Ryann E. Hall (SBN: 306080)<br>**V. JAMES DESIMONE LAW**<br>13160 Mindanao Way, Suite 280<br>Marina Del Rey, CA 90292<br>Phone: (310) 693-5561<br>Facsimile: (323) 544-6880<br>Email: vjdesimone@gmail.com;<br>cds820@gmail.com;<br>rhall@bohmlaw.com;<br>VJD000095@bohmlaw.com<br><br>Attorneys for Plaintiffs,<br>M.A.R.<br>SILVIA IMELDA RIVERA | Dale K. Galipo (SBN: 144074)<br>Cooper Alison-Mayne (SBN: 343169)<br>**THE LAW OFFICES OF DALE K. GALIPO**<br>21800 Burbank Blvd, Suite 310<br>Woodland Hills, CA 91367-6479<br>Phone: (818) 347-3333<br>Facsimile: (818) 347-4118<br>E-mails: dalekgalipo@yahoo.com;<br>CMayne@galipolaw.com<br><br>Attorneys for Plaintiffs,<br>M.A.R.<br>SILVIA IMELDA RIVERA |
| Hydee Feldstein Soto (SBN: 106866)<br>*City Attorney*<br>Denise C. Mills (SBN: 191992)<br>*Chief Deputy City Attorney*<br>Scott Marcus (SBN: 184980)<br>*Chief Assistant City Attorney*<br>Cory M. Brente (SBN: 115453)<br>*Senior Assistant City Attorney*<br>Christian R. Bojorquez (SBN: 192872)<br>*Deputy City Attorney*<br>**OFFICE OF CITY COUNSEL, CITY OF LOS ANGELES**<br>200 N Main St.,<br>6th Floor,<br>City Hall East<br>Los Angeles, CA 90012<br>Phone: (213) 978-7023<br>Facsimile: (213) 978-8785<br>E-mails: christian.bojorquez@lacity.org;<br>caroline.castillo@lacity.org<br><br>Attorneys for Defendants,<br>CITY OF LOS ANGELES<br>MICHEL MOORE | James R. Touchstone (SBN: 184584)<br>Denise L. Rocawich (SBN: 232792)<br>Gregory P. Palmer (SBN: 133647)<br>**JONES & MAYER**<br>3777 N Harbor Blvd.<br>Fullerton, CA 92835<br>Telephone: (714) 446-1400<br>Facsimile: (714) 446-1448<br>Emails: jrt@jones-mayer.com;<br>dlr@jones-mayer.com;<br>gpp@jones-mayer.com<br><br>Attorneys for Defendants,<br>BRET BECKSTROM<br>TYLER MOSER<br>MICHAEL LOPEZ<br>ANGEL ROMERO |