**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**V. JAMES DESIMONE LAW**
V. James DeSimone (SBN: 119668)
vjdesimone@gmail.com
Carmen D. Sabater (SBN: 303546)
cds820@gmail.com
Ryann E. Hall (SBN: 306080) Of Counsel
rhall@bohmlaw.com
13160 Mindanao Way, Suite 280
Marina Del Rey, CA 90292
Phone: (310) 693-5561
Facsimile: (323) 544-6880

*Attorneys for Plaintiffs*

## UNTIED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER BRETT BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; and OFFICER ANGEL ROMERO,<br><br>Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br><br>**PLAINTIFFS' WITNESS LIST**<br><br>*Assigned to the Honorable Fred W. Slaughter*<br><br>PTC: March 7, 2024, 8:30 a.m.<br>Courtroom: 10D<br><br>Trial: April 16, 2024, 8:30 a.m.<br>Courtroom: 10D |

1

**PLAINTIFFS' WITNESS LIST**

# WITNESS LIST

Plaintiffs, M.A.R., a minor, by and through his Guardian ad litem ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA hereby submit the following witness list for the Jury Trial scheduled for the date and time set forth above:

## PLAINTIFF WITNESS SUMMARIES:

1. **Matthew A. Rivera**, son of decedent will testify as to his relationship with his father, Daniel Rivera, decedent, and the loss he has suffered as a result of his death. He will explain how the incident itself and the death of his father has impacted his life. Mr. Rivera's testimony on direct shall be one (1) hour and he will testify in person.

2. **Elisabeth Barragan**, mother of Matthew A. Rivera will testify as to her relationship with the decedent, Daniel Rivera, and how the incident and his death has impacted her family. Additionally, Ms. Barragan will testify as to decedent's interactions with his son and how the incident and his death has impacted her son. Ms. Barragan's testimony on direct shall be one (1) hour and she will testify in person.

3. **Silvia Imelda Rivera**, mother of decedent, Daniel Rivera will testify as to her relationship with her son, his interactions with his family, son and siblings. She will testify to the loss she has suffered and how the incident and decedent's death has impacted her. Ms. Rivera's testimony on direct shall be one (1) hour and she will testify in person.

4. **Officer Nathan Ramos** will testify as to his role on the day of the incident, his observations prior to, during and after the incident, his physical interactions with the decedent and what was said and communicated during the incident. Additionally, he will testify as to his and others body cam footage, and reports he authored, and investigations he participated in,

including use of force investigations; his training regarding positional asphyxiation; interacting persons who appear to be under the influence; and the use of excessive force, including tasers. Officer Ramos testimony on direct shall be one (1) hour and he will testify in person.

5. **Officer Angel Romero** will testify as to his role on the day of the incident, his observations prior to, during and after the incident and what was said and communicated during the incident. Additionally, he will testify as to his physical interactions with the decedent; his and others body cam footage; reports he authored; investigations he participated in, including use of force investigations; his training regarding positional asphyxiation, interacting with persons who appear to be under the influence, and the use of excessive force, including tasers, and the policy violations which occurred here. Officer Romero's testimony on direct shall be two (2) hours and he will testify in person.

6. **Officer Brett Beckstrom** will testify as to his role on the day of the incident, his observations prior to, during and after the incident and what was said and communicated during the incident. Additionally, he will testify as to his physical interactions with the decedent; his and others body cam footage; reports he authored; investigations he participated in, including use of force investigations; his training regarding positional asphyxiation, interacting with persons who appear to be under the influence, and the use of excessive force, including tasers, and the policy violations which occurred here. Officer Beckstrom's testimony on direct shall be two (2) hours and he will testify in person.

7. **Officer Michael Lopez** will testify as to his role on the day of the incident, his observations prior to, during and after the incident and what was said and communicated during the incident. Additionally, he will testify as to his

physical interactions with the decedent; his and others body cam footage; reports he authored; investigations he participated in, including use of force investigations; his training regarding positional asphyxiation, interacting with persons who appear to be under the influence, and the use of excessive force, including tasers, and the policy violations which occurred here.. Officer Lopez's testimony on direct shall be two (2) hours and he will testify in person.

8. **Officer Tyler Moser** will testify as to his role on the day of the incident, his observations prior to, during and after the incident and what was said and communicated during the incident. Additionally, he will testify as to his physical interactions with the decedent; his and others body cam footage; reports he authored; investigations he participated in, including use of force investigations; his training regarding positional asphyxiation, interacting with persons who appear to be under the influence, and the use of excessive force, including tasers, and the policy violations which occurred here.. Officer Moser's testimony on direct shall be two (2) hours and he will testify in person.

9. **Dr. Brice Hunt**, the deputy medical examiner, will testify to the autopsy he performed on the body of Mr. Daniel Rivera and the manner and cause of Mr. Rivera's death. Dr. Hunt's testimony on direct shall be one (1) hour and he will testify in person.

10. **Mr. Ernie Burwell**, Plaintiffs' police practices expert, will testify regarding police practices, the restraint techniques and the use of force by the Los Angeles Police Department on Daniel Rivera, as well as the failure to provide timely medical care, and to rebut the testimony of any police practices or use of force experts retained by Defendants. Dr. Burwell's testimony on direct shall be 1 (1) hour and he will testify in person.

11. **Dr. Bennet Omalu**, Plaintiffs' forensic pathologist expert, will testify regarding Mr. Rivera's manner and cause of death and to rebut the testimony of any pathologists or other medical experts retained by Defendants. Dr. Omalu's testimony on direct shall be one (1) hour and he will testify in person.

12. **Pilot Police Officer Christopher Gorospe** will testify regarding his communications with the Communication Division regarding Mr. Rivera and his observation of Mr. Rivera from overhead. Officer Gorospe's testimony on direct shall be twenty (20) minutes and he will testify in person.

13. **Tactical Flight Officer Jaimie Delieuze** will testify regarding her communications with the Communication Division regarding Mr. Rivera and her observation of Mr. Rivera from overhead. Officer Delieuze's testimony on direct shall be twenty (20) minutes and she will testify in person.

14. ***Officer Jordan Reilly** may testify about his observation of the force used by Defendant Officers.

15. ***Officer Mathew Whitelaw** may testify about his observation of the force used by Defendant Officers.

16. ***Officer Ricardo Mota** may testify about his observation of the force used by Defendant Officers.

17. ***Darren Lloyd** may testify about Decedent's condition after Defendant Officers' use of force.

18. ***Nicolas Rose** may testify about Decedent's condition after Defendant Officers' use of force.

19. **Dr. Hunt**, Coroner, will testify about Autopsy of Decedent. Dr. Hunt's testimony on direct shall be thirty (30) minutes and will be in person.

Dated:  February 8, 2024

**LAW OFFICES OF DALE K. GALIPO**

By: /s/*Cooper Alison-Mayne*
Dale K. Galipo, Esq.
Cooper Alison-Mayne, Esq.
*Attorneys for Plaintiffs*