# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>OFFICER BRETT BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; and OFFICER ANGEL ROMERO,<br><br>    Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE AND/OR TESTIMONY REGARDING DANIEL RIVERA'S ALLEGED PRIOR CRIMINAL HISTORY**<br><br>PTC: March 7, 2024, 8:30 a.m.<br>Courtroom: 10D<br><br>Trial: April 16, 2024, 8:30 a.m.<br>Courtroom: 10D |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  Having considered the moving papers, any opposition thereto, IT IS
3  HEREBY ORDERED that Plaintiffs M.A.R. and SILVIA IMELDA RIVERA's
4  Motion in Limine No. 2 to exclude any evidence or testimony regarding Daniel
5  Rivera's prior criminal history is GRANTED.

7  IT IS SO ORDERED.

10  Dated:_____

United States District Judge
Hon. Fred W. Slaughter