JONES & MAYER
James R. Touchstone, SBN 184584
Jeremy B. Warren, SBN 199583
Denise L. Rocawich, SBN 232792
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: jrt@jones-mayer.com; dlr@jones-mayer.com

Attorneys for Defendants OFFICER BRETT BECKSTROM, OFFICER TYLER MOSER, OFFICER MICHAEL LOPEZ, and OFFICER ANGEL ROMERO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW AARON RIVERA, individually and as a successor in interest to DANIEL RIVERA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; OFFICER BRETT BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER ANGEL ROMERO; Police Chief MICHEL MOORE, in his individual, and official capacity; and DOES 1-10, inclusive.,<br><br>Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br>*Judge: Hon. Fred W. Slaughter*<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE RE POLICE OFFICER PERSONNEL INFORMATION INCLUDING ANY FINDINGS OF LAPD POLICY VIOLATIONS** |

# [PROPOSED] ORDER

Having reviewed and considered all documents including any opposition and reply papers submitted regarding Defendant Officers, Beckstrom, Moser, Lopez, and Romero Notice of Motion and Motion in Limine No. 1 precluding all parties, the attorneys for all parties, and all witnesses who may be called in this trial from presenting any exhibits of, testimony concerning, questioning upon, reference to, or any other form of evidence concerning any testimony, documents, evidence of damages or other evidence from or relating to documents and information from the personnel files of Defendant Officers including the Report of the Board of Police Commissioners ("BOPC Report") in which the BOPC determined that certain actions of certain Officers during the incident involving Decedent substantially deviated from LAPD policies, the Court finds good cause and GRANTS Defendants' Motion in Limine No. 1.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT COURT JUDGE