# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER BRETT BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; and OFFICER ANGEL ROMERO,<br><br>Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE AND/OR TESTIMONY REGARDING DISTRICT ATTORNEY'S DECISION NOT TO CRIMINALLY PROSECUTE DEFENDANTS**<br><br>PTC: March 7, 2024, 8:30 a.m.<br>Courtroom: 10D<br><br>Trial: April 16, 2024, 8:30 a.m.<br>Courtroom: 10D |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       Having considered the moving papers, any opposition thereto, IT IS
3 HEREBY ORDERED that Plaintiffs M.A.R. and SILVIA IMELDA RIVERA's
4 Motion in Limine No. 4 to exclude any evidence or testimony regarding the County
5 of Los Angeles District Attorney and City of Los Angeles findings that Defendants'
6 use of force was not criminal, was reasonable, justified, and/or within policy,
7 including any reference (whether implicit or explicit) to the District Attorney's
8 decision not to press charges is GRANTED.

9

10       IT IS SO ORDERED.

11

12

13 Dated:_____

14                                                   United States District Judge
15                                                   Hon. Fred W. Slaughter

16

17

18

19

20

21

22

23

24

25

26

27

28