1  JONES & MAYER
   James R. Touchstone, SBN 184584
2  Jeremy B. Warren, SBN 199583
   Denise L. Rocawich, SBN 232792
3  3777 North Harbor Boulevard
   Fullerton, California 92835
4  (714) 446-1400; Fax (714) 446-1448
   e-mail: jrt@jones-mayer.com; dlr@jones-mayer.com
5
6  Attorneys for Defendants OFFICER BRETT BECKSTROM, OFFICER TYLER MOSER, OFFICER MICHAEL LOPEZ, and OFFICER ANGEL ROMERO

7               UNITED STATES DISTRICT COURT
8               CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  MATTHEW AARON RIVERA, individually and as a successor in interest to DANIEL RIVERA,<br><br>12           Plaintiff,<br><br>13     vs.<br><br>14  CITY OF LOS ANGELES; OFFICER BRETT BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER ANGEL ROMERO; Police Chief MICHEL MOORE, in his individual, and official capacity; and DOES 1-10, inclusive.,<br><br>           Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br>*Judge: Hon. Fred W. Slaughter*<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE RFERENCE TO THE UNDERLYING CRIMINAL CONDUCT AS "NON-VIOLENT" OR "PROPERTY" OFFENSES** |

## **[PROPOSED] ORDER**

Having reviewed and considered all documents including any opposition and reply papers submitted regarding Defendant Officers, Beckstrom, Moser, Lopez, and Romero Notice of Motion and Motion in Limine No. 4 precluding all parties, the attorneys for all parties, and all witnesses who may be called in this trial from referencing the underlying conduct of Mr. Rivera as "non-violent" or "property crtimes", such evidence must be excluded because it is irrelevant and unduly prejudicial to Defendants. The Court finds good cause and GRANTS Defendants' Motion in Limine No. 4.

**IT IS SO ORDERED.**

Dated: _____
_____

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT COURT JUDGE