JONES & MAYER
James R. Touchstone, SBN 184584
Jeremy B. Warren, SBN 199583
Denise L. Rocawich, SBN 232792
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: jrt@jones-mayer.com; dlr@jones-mayer.com

Attorneys for Defendants OFFICER BRETT BECKSTROM, OFFICER TYLER MOSER, OFFICER MICHAEL LOPEZ, and OFFICER ANGEL ROMERO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW AARON RIVERA, individually and as a successor in interest to DANIEL RIVERA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; OFFICER BRETT BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER ANGEL ROMERO; Police Chief MICHEL MOORE, in his individual, and official capacity; and DOES 1-10, inclusive.,<br><br>Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br>*Judge: Hon. Fred W. Slaughter*<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE REFERENCES AND ARGUMENT TO UNRELATED LOCAL AND NATIONAL EVENTS, STATISTICS, AND APPEALS TO JUROR EMOTIONS; AND THE NINTH CIRCUIT AND SUPREME COURT APPEAL** |

# [PROPOSED] ORDER

Having reviewed and considered all documents including any opposition and reply papers submitted regarding Defendant Officers, Beckstrom, Moser, Lopez, and Romero Notice of Motion and Motion in Limine No. 5 precluding all parties, the attorneys for all parties, and all witnesses who may be called in this trial from introducing certain evidence relating to references and argument to unrelated local and national events, statistics, and appeals to juror emotions; and the Ninth Circuit and United States Supreme Court appeal, the Court finds good cause and GRANTS Defendants' Motion in Limine No. 5.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT COURT JUDGE