JONES & MAYER
James R. Touchstone, SBN 184584
Jeremy B. Warren, SBN 199583
Denise L. Rocawich, SBN 232792
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: jrt@jones-mayer.com; dlr@jones-mayer.com

Attorneys for Defendants OFFICER BRETT BECKSTROM, OFFICER TYLER MOSER, OFFICER MICHAEL LOPEZ, and OFFICER ANGEL ROMERO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem, ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; OFFICER BRET BEKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER NATHAN RAMOS; OFFICER ANGEL ROMERO; Police Chief MICHEL MOORE, in his individual, and official capacity; and DOES 6-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br><br>*Judge: Hon. Fred W. Slaughter*<br><br>**DEFENDANTS' WITNESS LIST**<br><br>PTC Date: March 7, 2024<br>Time: 8:30 a.m.<br>Courtroom: 10D<br><br>Trial Date: April 16, 2024<br>Time: 8:30 a.m.<br>Courtroom: 10D |

## <u>WITNESS LIST</u>

Defendants OFFICER BRETT BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ ("Defendants"), hereby submit the following witness list for the Jury Trial scheduled for the date and time set forth above:



## DEFENDANTS WITNESS SUMMARIES

### Involved Officers (took Rivera into custody)

1. Police Officer II Bret Beckstrom #41340 – Defendant in this case and was involved in the underlying incident through physical contact.
2. Police Officer II Tyler Moser #42242 – Defendant in this case and was involved in the underlying incident through physical contact.
3. Police Officer II Michael Lopez #43766 - Defendant in this case and was involved in the underlying incident through physical contact.
4. Police Officer II Nathan Ramos #42812 – Officer Ramos was an oversight Officer that provided cover when the involved Officers were making contact with Plaintiff Rivera. Once the physical struggle began, Ramos headed down to assist in any way he could. He ended up assisting in placing the hobble on Plaintiff Rivera and then went to make contact with the paramedics and to assist in providing a vehicle to transport Plaintiff Rivera.
5. Police Officer II Angel Romero #43778 - Defendant in this case and was involved in the underlying incident through physical contact.

### Witness Officers

6. Police Officer II Jordan Reilly #43864
7. Police Officer II Mathew Whitelaw #38480
8. Police Officer II Ricardo Mota #43538
9. Police Officer II Juan Garcia #36544
10. Police Officer II Sergio Rodriguez #43776
11. Police Officer II Omar Castaneda #41193
12. Sergeant Todd Bogart #33096 (1st supervisor on scene)
13. Sergeant Blair Calderon #38153 (2nd supervisor at scene)

These officers are not Defendants in the case, but are percipient witnesses to the incident.



**Air Unit**

14. Police Officer Christopher Gorospe #40098
15. Police Officer Jamie Deleiuze #37195

These officers are percipient witnesses to the incident.

**LAFD**

16. FF/PM Darren Lloyd
17. FF/PM Nicolas Rose
18. FF/PM Mathew Bergeson

These medical personnel arrived at the scene of the incident, provided medical treatment to Mr. Rivera, and are percipient witnesses

**Other LAPD Witnesses**

19. Emergency 911 dispatchers
20. Employees that may authenticate calls and transcripts

**Officers That Have Had Previous Encounters With Mr. Rivera, Including Resisting Arrest**

21. Officer Olson
22. Officer Rodriguez
23. Officer Sherry
24. Officer Icenogle
25. Officer Amaro
26. Officer Mirzoyan
27. Officer Dameworth
28. Officer Bostillo
29. Officer Martin
30. Officer Lozano
31. Officer Bangasser
32. Officer Killian
33. Officer Alvarez



DEFENDANTS' WITNESS LIST

1. 34. Officer Thomas
2. 35. Officer Jones
3. 36. Officer Gonzalez
4. 37. Officer Bennett
5. 38. Officer Seibert

These officers had prior encounters with Mr. Rivera, including instances where he resisted arrest.

**Civilian Witnesses**

39. Bullock, David Alban
40. Sanchez, Socorro
41. Juarez, Felipe De Jesus
42. Tadas, Fe Romero
43. Castellanos, Carlos
44. Castellanos, Rebecca
45. Fozekash, Ahneta
46. Reyes, Hugo

These civilian witnesses are residents in the neighborhood where the incident occurred and will testify about the conduct of Mr. Rivera.

**Expert Witnesses**

47. Ed Flosi - Defendants' Expert witnesses, Ed Flosi – Police Tactics & Procedures: Mr. Flosi will testify as to the tactics/procedures and use of force employed by the involved officers in this case. He will break down each tactical decision made by the Officers throughout the incident and the force used, and explain to the jury why each decision and use of force was appropriate/reasonable and why each decision was dictated by the actions of Plaintiff Rivera. He also provides rebuttal opinion;

48. Dr. Richard Clark, M.D.: Toxicologist Dr. Richard Clark: Dr. Clark will testify on the subject of toxicology and Plaintiff Rivera's drug use, the toxicology



screens and what effect these has on his actions and behavior during the underlying struggle with the officers. Dr. Clark will testify that during states of methamphetamine intoxication even when overdose has not occurred, subjects are also at risk for sudden death. He is also expected to provide rebuttal testimony;

49. Dr. Gary Vilke, M.D.: Emergency Physician Dr. Gary Vilke & Also the Coroner & Toxicology Analysts: Dr. Vilke will testify that there is no published medical or scientific literature that demonstrates or concludes that a TASER ECD utilized in drive stun mode can cause or contribute to sudden cardiac arrest, that the life-threatening level in combination with methamphetamine intoxication and continued struggle was the likely cause of Mr. Rivera's cardiac arrest. If needed, he can also testify to positional asphyxia as well the typical signs of delirium in-custody deaths as manifested by Rivera's behavior at the scene and the medical complications. He is also expected to provide rebuttal testimony.

50. Dr. Hunt: Coroner that performed Autopsy of Plaintiff Rivera;
51. Toxicology Analysts from Coroner's Office
52. Dr. Cho Lwin: Neuropathology Consultant who performed Forensic Consultant Report.

**Additional Witnesses**

53. M.A.R., a minor, by and through his Guardian ad litem,
54. Elisabeth Barragan
55. Silvia Imelda Rivera

//
//
//
//
//



DEFENDANTS' WITNESS LIST

1     Defendants respectfully reserve the right to amend this witness list and to call any witnesses listed by Plaintiff.

Dated: February 8, 2024

Respectfully submitted,

JONES MAYER

By: _____
James R. Touchstone
Denise L. Rocawich
Jeremy B. Warren
Attorneys for Defendants Officer Brett Beckstrom; Officer Tyler Moser; Officer Michael Lopez; Officer Angel Romero

