**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**V. JAMES DESIMONE LAW**
V. James DeSimone (SBN: 119668)
vjdesimone@gmail.com
Carmen D. Sabater (SBN: 303546)
cds820@gmail.com
Ryann E. Hall (SBN: 306080) Of Counsel
rhall@bohmlaw.com
13160 Mindanao Way, Suite 280
Marina Del Rey, CA 90292
Phone: (310) 693-5561
Facsimile: (323) 544-6880

*Attorneys for Plaintiffs*

## UNTIED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER BRETT BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; and OFFICER ANGEL ROMERO,<br><br>Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br><br>**ERRATA TO PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE INFORMATION UNKNOWN TO DEFENDANTS AT THE TIME OF THEIR USE OF EXCESSIVE FORCE**<br><br>*Assigned to the Honorable Fred W. Slaughter*<br><br>PTC: March 7, 2024, 8:30 a.m.<br>Courtroom: 10D<br><br>Trial: April 16, 2024, 8:30 a.m.<br>Courtroom: 10D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs M.A.R., a minor, by and through his Guardian ad litem ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually, hereby file their Notice of Errata. Plaintiffs inadvertently omitted attaching the [Proposed] Order to the following document:

1. DKT 165 filed February 8, 2024 entitled PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE INFORMATION UNKNOWN TO DEFENDANTS AT THE TIME OF THEIR USE OF EXCESSIVE FORCE;

Plaintiffs apologize for this unintentional error and any inconvenience this may have caused. A true and correct copy of the [Proposed] Order is attached hereto.

Respectfully submitted,
DATED: February 8, 2024,              **LAW OFFICES OF DALE K. GALIPO**
                                      /s/     *Cooper Alison-Mayne*
                                      Dale K. Galipo
                                      Cooper Alison-Mayne
                                      *Attorneys for Plaintiffs*

-2-
PLAINTIFFS' MOTION IN LIMINE NO. 1 – TO EXCLUDE INFORMATION UNKNOWN