# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER BRETT BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; and OFFICER ANGEL ROMERO,<br><br>Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE AND/OR TESTIMONY REGARDING INFORMATION UNKNOWN**<br><br>PTC: March 7, 2024, 8:30 a.m.<br>Courtroom: 10D<br><br>Trial: April 16, 2024, 8:30 a.m.<br>Courtroom: 10D |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       Having considered the moving papers, any opposition thereto, IT IS
3  HEREBY ORDERED that Plaintiffs M.A.R. and SILVIA IMELDA RIVERA's
4  Motion in Limine No. 1 to exclude any evidence or testimony regarding information
5  unknown to Defendants Beckstrom, Moser, Lopez, and Romero at the time of the
6  incident is GRANTED.

7
8       IT IS SO ORDERED.
9
10
11  Dated:_____
12                                            United States District Judge
                                           Hon. Fred W. Slaughter