James R. Touchstone, Esq., SBN 184584
jrt@jones-mayer.com
Denise L. Rocawich, Esq., SBN 232792
dlr@jones-mayer.com
Jeremy B. Warren, Esq. SBN 199583
jw@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone:  (714) 446-1400
Facsimile:  (714) 446-1448

*Attorneys for Defendants*

V. James DeSimone (SBN: 119668)
Carmen D. Sabater (SBN: 303546)
Ryann E. Hall (SBN: 306080) Of Counsel
V. JAMES DESIMONE LAW
13160 Mindanao Way, Suite 280
Marina Del Rey, CA 90292
Phone: (310) 693-5561
Email: vjdesimone@gmail.com;
cds820@gmail.com;
rhall@bohmlaw.com;
VJD000095@bohmlaw.com

*Attorneys for Plaintiffs*

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

M.A.R., a minor, by and through his
Guardian ad litem, ELISABETH
BARRAGAN, individually, and as a
successor in interest to DANIEL
RIVERA; SILVIA IMELDA RIVERA,
individually,

Plaintiff,

v.

OFFICER BRET BEKSTROM;
OFFICER TYLER MOSER; OFFICER
MICHAEL LOPEZ; OFFICER NATHAN
RAMOS; OFFICER ANGEL ROMERO,

Defendants.

Case No.: 2:21-cv-02957-FWS-MAR

*Judge: Hon. Fred W. Slaughter*

**[PROPOSED] JOINT
EXHIBIT LIST**

PTC Date: March 7, 2024
Time: 8:30 a.m.
Courtroom: 10D

Trial Date: April 16, 2024
Time: 8:30 a.m.
Courtroom: 10D



Defendants hereby submit this Proposed Joint Exhibit List. Defendants believe this to be an accurate representation of the Exhibits, as Defendants incorporated Plaintiffs' exhibits into this list.

## Exhibit List

| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| 1. | August 14, 2020 Incident Recall (CITY000001-000030) | | Plaintiffs object under 402, 403, 802, 901. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 2. | August 14, 2020 Force Investigation Confidential Report (CITY000031-000063) | | Plaintiffs object under 402, 403, 802, 901. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 3. | August 13, 2021 Use of Force Board Correspondence (CITY000064) | | Plaintiffs object under 402, 403, 802, 901. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) |



- 2 -

JOINT EXHIBIT LIST

| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| | | | | and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 4. | August 13, 2021 Investigative Report (CITY000065-000075) | | Plaintiffs object under 402, 403, 802, 901. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 5. | July 23, 2021 Chief of Police Report Findings (CITY001530-1584) | | Plaintiffs object under 402, 403, 802, 901. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 6. | August 14, 2020 Watch Commander's Daily Report (CITY000076-000087) | | Plaintiffs object under 402, 403, 802, 901. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. |



| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| | | | | Evid. 803(5),(6) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 7. | August 14, 2020 Sergeant's Daily Report (CITY000088-000106) | | Plaintiffs object under 402, 403, 802, 901. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 8. | August 14, 2020 Death Investigation Report of Daniel Rivera (CITY000107) | | Plaintiffs object under 402, 403, 802, 901. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 9. | LAPD Frequencies | | Plaintiffs object under 402, 403, 802, 901. *See* Plaintiffs' Motion in | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception |

JOINT EXHIBIT LIST



| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| | | | Limine No. 1. | pursuant to Fed. R. Evid. 803(1),(2) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 10. | LAFD Frequency | | Plaintiffs object under 402, 403, 802, 901. *See* Plaintiffs' Motion in Limine No. 1. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(1),(2) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 11. | Aug 14, 2020   911 Call  1 | | Plaintiffs object under 402, 403, 802, 901. *See* Plaintiffs' Motion in Limine No. 1. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(1),(2) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 12. | Aug 14, 2020   911 Call  2 | | Plaintiffs object under 402, 403, 802, 901. *See* Plaintiffs' | Defendants' Response: Admissible as it is not hearsay and, if |



| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| | | | Motion in Limine No. 1. | so, is an exception pursuant to Fed. R. Evid. 803(1),(2) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 13. | Aug 14, 2020  911 Call  3 | | Plaintiffs object under 402, 403, 802, 901. *See* Plaintiffs' Motion in Limine No. 1. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(1),(2) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 14. | Aug 14, 2020  911 Call  4 | | Plaintiffs object under 402, 403, 802, 901. *See* Plaintiffs' Motion in Limine No. 1. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(1),(2) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |

JOINT EXHIBIT LIST

| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| 15. | Aug 14, 2020  911 Call  5 | | Plaintiffs object under 402, 403, 802, 901. *See* Plaintiffs' Motion in Limine No. 1. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(1),(2) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 16. | Body Worn Video – Officer Brett Beckstrom | | | |
| 17. | Body Worn Video – Officer Tyler Moser | | | |
| 18. | Body Worn Video – Officer Michael Lopez | | | |
| 19. | Body Worn Video – Officer Angel Romero | | | |
| 20. | Body Worn Video – Officer Nathan Ramos | | | |
| 21. | Body Worn Video – Castaneda 41193 | | Plaintiffs object under 802, 402, 403. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception |



| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| | | | | pursuant to Fed. R. Evid. 803(1),(2) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 22. | Body Worn Video - Garcia | | Plaintiffs object under 802, 402, 403. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(1),(2) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 23. | Body Worn Video – Mota | | | |
| 24. | Body Worn Video – Reilly | | | |
| 25. | Body Worn Video – Rodriguez #1 | | Plaintiffs object under 802, 402, 403. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(1),(2) and other exceptions. |



| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| | | | | Relevant as it pertains directly to the incident giving rise to this action. |
| 26. | Body Worn Video – Rodriguez #2 | | Plaintiffs object under 802, 402, 403. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(1),(2) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 27. | Body Worn Video – Rodriguez #3 | | Plaintiffs object under 802, 402, 403. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(1),(2) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 28. | Body Worn Video - Sgt Bogart #1 | | Plaintiffs object under 802, 402, 403. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(1),(2) and other |

JOINT EXHIBIT LIST



| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| | | | | exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 29. | Body Worn Video – Sgt Bogart #2 | | Plaintiffs object under 802, 402, 403. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(1),(2) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 30. | Body Worn Video – Sgt Calderon | | Plaintiffs object under 802, 402, 403. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(1),(2) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 31. | Body Worn Video – Whitelaw | | | |



JOINT EXHIBIT LIST

| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| 32. | DICV – Moser | | | |
| 33. | Los Angeles Coroner's Report (CITY0001502-001513) | | Plaintiffs object under 402, 802, 901. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 34. | August 14, 2020 Autopsy Report by the County of Los Angeles Medical Examiner for Daniel Rivera (MAR000001-000025) | | Plaintiffs object under 402, 802, 901. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 35. | August 14, 2020 Autopsy Images of Daniel Rivera (MAR000030-238) | | | |
| 36. | August 14, 2020 Images of Daniel Rivera (CITY000126-00145) | | | |


JONES MAYER
LAW

| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| 37. | August 14, 2020 Images of Daniel Rivera (CITY001289-001311) | | | |
| 38. | August 16, 2020 Taser Information (CITY1490-1491) | | | |
| 39. | True and correct copy of the transcript of Officer Lopez's tape-recorded Interview, dated August 16, 2020. (CITY000325-000378) | | Plaintiffs object under 802 and 901. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 40. | True and correct copy of the transcript of Officer Romero's tape-recorded interview, dated August 16, 2020. (CITY000379-000433) | | Plaintiffs object under 802 and 901. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |



| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| 41. | True and correct copy of the transcript of Officer Beckstrom's tape-recorded interview, dated August 15, 2020. (CITY000192-000251) | | Plaintiffs object under 802 and 901. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 42. | True and correct copy of the transcript of Officer Moser's tape-recorded interview, dated August 16, 2020. (CITY000252-000324) | | Plaintiffs object under 802 and 901. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 43. | February 2, 2012 Arrest report for Possession of Methamphetamine, Case Number 121605333. | | Plaintiffs object under Rules 401, 403, 404, 802, and 901. *See* Plaintiffs' MIL No. 2. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant pursuant to Fed. R. Evid. 404, 405, 406 and |

JOINT EXHIBIT LIST


JONES MAYER
LAW

| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| | | | | other grounds. |
| 44. | August 27, 2015 Family report of drug use, Case number 151915043. | | Plaintiffs object under Rules 401, 403, 404, 802, and 901. *See* Plaintiffs' MIL No. 2. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant pursuant to Fed. R. Evid. 404, 405, 406, and other grounds. |
| 45. | August 16, 2015, Arrest report for Resisting Arrest and Pedestrian Violation, Case Number not known. | | Plaintiffs object under Rules 401, 403, 404, 802, and 901. *See* Plaintiffs' MIL No. 2. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant pursuant to Fed. R. Evid. 404, 405, 406, and other grounds. |
| 46. | September 27, 2015, Arrest report for Violation of a Protective Order, Case Number 151918860. | | Plaintiffs object under Rules 401, 403, 404, 802, and 901. *See* Plaintiffs' MIL No. 2. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other |



JOINT EXHIBIT LIST

| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| | | | | exceptions. Relevant pursuant to Fed. R. Evid. 404, 405, 406, and other grounds. |
| 47. | February 14, 2016 Arrest report for Contempt of Court and Obstructing an Officer, Case number 161906426. | | Plaintiffs object under Rules 401, 403, 404, 802, and 901. *See* Plaintiffs' MIL No. 2. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant pursuant to Fed. R. Evid. 404, 405, 406, and other grounds. |
| 48. | March 21, 2017 Private Person Arrest report for Contempt of Court, Case Number 171908388. | | Plaintiffs object under Rules 401, 403, 404, 802, and 901. *See* Plaintiffs' MIL No. 2. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant pursuant to Fed. R. Evid. 404, 405, 406, and other grounds. |
| 49. | March 5, 2018 Arrest report for Resisting Arrest and Threatening an Officer, Case | | Plaintiffs object under Rules 401, 403, 404, 802, and 901. *See* Plaintiffs' MIL No. 2. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) |

JOINT EXHIBIT LIST



| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| | Number 181606491. | | | and other exceptions. Relevant pursuant to Fed. R. Evid. 404, 405, 406, and other grounds. |
| 50. | March 5, 2018 Photographs of officer's face kicked by Plaintiff. | | Plaintiffs object under Rules 401, 403, 404, 802, and 901. *See* Plaintiffs' MIL No. 2. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant pursuant to Fed. R. Evid. 404, 405, 406, and other grounds. |
| 51. | August 14, 2019 Arrest report for Contempt of Court and self-reported possible methamphetamine overdose, Case Number 191914891. | | Plaintiffs object under Rules 401, 403, 404, 802, and 901. *See* Plaintiffs' MIL No. 2. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant pursuant to Fed. R. Evid. 404, 405, 406, and other grounds. |
| 52. | September 12, 2019 Arrest report for Violation of a Protective Order and Resisting | | Plaintiffs object under Rules 401, 403, 404, 802, and 901. *See* Plaintiffs' MIL No. 2. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. |



JOINT EXHIBIT LIST

| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| | Arrest, Case Number 191916417 | | | Evid. 803(5),(6) and other exceptions. Relevant pursuant to Fed. R. Evid. 404, 405, 406, and other grounds. |
| 53. | September 12, 2019, photographs of injuries sustained by officers, Case Number 191916417. | | Plaintiffs object under Rules 401, 403, 404, 802, and 901. *See* Plaintiffs' MIL No. 2. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant pursuant to Fed. R. Evid. 404, 405, 406, and other grounds. |
| 54. | October 27, 2019 Arrest report for Violation of Court Order, Case Number 191918564 | | Plaintiffs object under Rules 401, 403, 404, 802, and 901. *See* Plaintiffs' MIL No. 2. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant pursuant to Fed. R. Evid. 404, 405, 406, and other grounds. |
| 55. | Property Report | | Plaintiffs object under Rules 401, 403, 404, 802, and 901. *See* Plaintiffs' | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception |

JOINT EXHIBIT LIST



| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| | | | MIL No. 2. | pursuant to Fed. R. Evid. 803(5),(6) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 56. | 3rd Party Videos (including surveillance videos and doorbell cameras). | | Plaintiffs object under Rules 401, 403, 404, 802, and 901. *See* Plaintiffs' MIL No. 1. | Defendants' Response: Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803 and other exceptions. Relevant as it pertains directly to the incident giving rise to this action |
| 57. | Scene Photographs (CITY001023–001311) | | Plaintiffs objects to portions of this exhibit under Rules 401, 403, 404. *See* Plaintiffs' MIL No. 1. Portions objected to include CITY1233-1243, CITY1023-1025, 1047-1075, and 1233-1243. | Defendants' Response: Admissible as it is not hearsay. Relevant as it pertains directly to the incident giving rise to this action. |

JOINT EXHIBIT LIST



| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| 58. | Toxicology Reports | | Plaintiffs object under Rules 403, 802, and 901. | Defendants' Response: Admissible as it is not hearsay. Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5)(6) and other exceptions. Relevant as it pertains directly to the incident giving rise to this action. |
| 59. | Training Bulletin MAR 297-301 | | Defendants Object under Fed. R. Evid. 401, 402, 403. | |
| 60. | Police Commission Report CITY001530-1584 | | Plaintiffs object to portions of the report under Rules 403, 802, and 901. *See* Plaintiff's Motion in Limine 4. | See Defendants' Motion in Limine No. 1. |
| 61. | LAFD Emergency – Paramedic Reports | | Plaintiffs object under Rule 802. | Defendants' Response: Admissible as it is not hearsay. Admissible as it is not hearsay and, if so, is an exception pursuant to Fed. R. Evid. 803(5)(6) and other exceptions. |



- 19 -

JOINT EXHIBIT LIST

| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| | | | | Relevant as it pertains directly to the incident giving rise to this action. |
| 62. | Family Photo with Plaintiff (MAR000278-296) | | Defendants object pursuant to Fed. R. Evid. 401, 402 and 403. | Relevant to Plaintiff M.A.R.'s damages. |
| 63. | Sketched Artwork of son by Plaintiff (MAR000277) | | Defendants object pursuant to Fed. R. Evid. 401, 402 and 403. | Relevant to Plaintiff M.A.R.'s damages. |
| 64. | February 11, 2021 DNA Test Report of Minor, M.A.R. (MAR000029) | | Defendants object pursuant to Fed. R. Evid. 401, 402 and 403. | Relevant to Plaintiff M.A.R.'s standing to sue. |
| 65. | John H. Francis Polytechnic Senior High School – Report Card of Minor, M.A.R. (MAR000275-000276) | | Defendants object pursuant to Fed. R. Evid. 401, 402 and 403. | Relevant to Plaintiff M.A.R.'s damages. |
| 66. | Expert Report of Dr. Bennet Omalu | | Plaintiffs object under Rules 401, 403, and 802. | May be used for Impeachment purposes. |
| 67. | Curriculum Vitae of Dr. Bennet Omalu | | Plaintiffs object under Rules 401, 403, and 802. | May be used for impeachment purposes. |



JOINT EXHIBIT LIST

| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|-------------|---------|---------------------------|------------------------|
| 68. | List of Documents Reviewed by Dr, Bennet Omalu | | Plaintiffs object under Rules 401, 403, and 802. | May be used for impeachment purposes. |
| 69. | Expert Report of Ernie Burwell | | Plaintiffs object under Rules 401, 403, and 802. | May be used for impeachment purposes. |
| 70. | Curriculum Vitae of Ernie Burwell | | Plaintiffs object under Rules 401, 403, and 802. | May be used for impeachment purposes. |
| 71. | List of Documents Reviewed Ernie Burwell | | Plaintiffs object under Rules 401, 403, and 802. | May be used for impeachment purposes. |
| 72. | Training Bulletin- Excited Delirium  CITY0001457-0001459 | | Defendants Object under Fed. R. Evid. 401. 403, 403. | May be relevant to the reasonableness of the use of force. |
| 73. | LAPD-Use of Force Tactics Directive (Electronic Control Device Taser) CITY0001446-0001451 | | Defendants Object under Fed. R. Evid. 401, 402, 403. | May be relevant to the reasonableness of the use of force. |
| 74. | LAPD-Training Bulletin (In-Custody Death) Exhibit 1 Ramos Depo. | | Defendants Object under Fed. R. Evid. 401, 402, 403. | May be relevant to the reasonableness of the use of force. |



JOINT EXHIBIT LIST

| # | Description | Witness | Objections, state grounds | Response to Objections |
|---|---|---|---|---|
| 75. | Los Angeles Police Department Policy, Use of Less Lethal Force CITY0001456 | | Defendants Object under Fed. R. Evid. 401, 402, 403. | May be relevant to the reasonableness of the use of force. |

The Parties reserve their rights to amend this Exhibit List to the extent permitted by this Court.

Dated: February 8, 2024          Respectfully submitted,

JONES MAYER

By: /s/: Jermey B. Warren
    James R. Touchstone
    Denise L. Rocawich
    Jeremy B. Warren
    Attorneys for Defendants Officer Brett
    Beckstrom; Officer Tyler Moser; Officer
    Michael Lopez; Officer Angel Romero

Dated: February 8, 2024          **V. JAMES DESIMONE LAW**

By: /s/: V. James DeSimone
    V. James DeSimone, Esq.
    Carmen D. Sabater, Esq.
    Attorneys for Plaintiffs,
    M.A.R.
    SILVIA IMELDA RIVERA

Dated: February 8, 2024          **LAW OFFICES OF DALE K. GALIPO**

By: /s/: Dale Galipo
    Dale K. Galipo, Esq.
    Cooper Alison-Mayne, Esq.
    Attorneys for Plaintiffs, M.A.R.
    SILVIA IMELDA RIVERA



JOINT EXHIBIT LIST