1 | James R. Touchstone, Esq., SBN 184584
jrt@jones-mayer.com
2 | Denise L. Rocawich, Esq., SBN 232792
dlr@jones-mayer.com
3 | Jeremy B. Warren, Esq. SBN 199583
jw@jones-mayer.com
4 | JONES MAYER
3777 North Harbor Boulevard
5 | Fullerton, CA 92835
Telephone: (714) 446-1400
6 | Facsimile: (714) 446-1448

7 | Attorneys for Defendants OFFICER BRETT BECKSTROM; OFFICER
8 | TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER ANGEL ROMERO

9 | V. James DeSimone (SBN: 119668)        Dale K. Galipo (SBN: 144074)
  | Carmen D. Sabater (SBN: 303546)        Cooper Alison-Mayne (SBN: 343169)
10 | Ryann E. Hall (SBN: 306080) Of Counsel  THE LAW OFFICES OF
  | V. JAMES DESIMONE LAW                  DALE K. GALIPO
11 | 13160 Mindanao Way, Suite 280           21800 Burbank Blvd, Suite 310
  | Marina Del Rey, CA 90292                Woodland Hills, CA 91367-6479
12 | Phone: (310) 693-5561                   Phone: (818) 347-3333
  | Facsimile: (323) 544-6880               Facsimile: (818) 347-4118
13 | Email: vjdesimone@gmail.com;            E-mails: dalekgalipo@yahoo.com;
  | cds820@gmail.com;                       CMayne@galipolaw.com
14 | rhall@bohmlaw.com;
15 | VJD000095@bohmlaw.com

16 | Attorneys for Plaintiffs,
  | M.A.R.
17 | SILVIA IMELDA RIVERA

18 | UNITED STATES DISTRICT COURT
  | CENTRAL DISTRICT OF CALIFORNIA

19 | M.A.R., a minor, by and through his Guardian        Case No.: 2:21-cv-02957-FWS-MAR
20 | ad litem, ELISABETH BARRAGAN,
  | individually, and as a successor in interest to      *Judge: Hon. Fred W. Slaughter*
21 | DANIEL RIVERA; SILVIA IMELDA
  | RIVERA, individually,                                **JOINT STATUS REPORT REGARDING SETTLEMENT**
22 |
  |                  Plaintiff,                          PTC Date: March 7, 2024
23 |         v.                                          Time: 8:30 a.m.
  |                                                      Courtroom: 10D
24 | OFFICER BRET BEKSTROM; OFFICER
  | TYLER MOSER; OFFICER MICHAEL                         Trial Date: April 16, 2024
25 | LOPEZ; and OFFICER ANGEL ROMERO,                     Time: 8:30 a.m.
  |                                                      Courtroom: 10D
26 |                  Defendants.

27
28



JOINT STATUS REPORT REGARDING SETTLEMENT

COME NOW Plaintiffs M.A.R., a minor, by and through his Guardian ad litem, ELISABETH BARRAGAN, and SILVIA IMELDA RIVERA, and Defendants CITY OF LOS ANGELES; OFFICER BRET BEKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER NATHAN RAMOS; and OFFICER ANGEL ROMERO ("the Parties") and hereby provide the following status report regarding settlement.

Over the past six months, the Parties have engaged in numerous discussions about the potential for settlement and organizing a mediation or settlement conference. The Parties hope to engage in continued settlement discussions in the near future and will possibly schedule a mediation with Rick Copeland in the near future.

Dated: February 8, 2024        Respectfully submitted,

                                     JONES MAYER

By: /s/: Jeremy B. Warren
    James R. Touchstone
    Denise L. Rocawich
    Jeremy B. Warren
    Attorneys for Defendants Officer Brett Beckstrom; Officer Tyler Moser; Officer Michael Lopez; Officer Angel Romero

Dated: February 8, 2024        **V. JAMES DESIMONE LAW**

By: /s/: V. James DeSimone
    V. James DeSimone, Esq.
    Carmen D. Sabater, Esq.
    Attorneys for Plaintiffs,
    M.A.R.
    SILVIA IMELDA RIVERA

Dated: February 8, 2024        **LAW OFFICES OF**
                                     **DALE K. GALIPO**

By: /s/: Dale Galipo
    Dale K. Galipo, Esq.
    Cooper Alison-Mayne, Esq.
    Attorneys for Plaintiffs, M.A.R.
    SILVIA IMELDA RIVERA

