James R. Touchstone, Esq. SBN184584
jrt@jones-mayer.com
Denise L. Rocawich, Esq. SBN 232792
dlr@jones-mayer.com
Jeremy B. Warren, Esq. SBN 199583
jw@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

*Attorneys for Defendants*

V. James DeSimone (SBN: 119668)
Carmen D. Sabater (SBN: 303546)
Ryann E. Hall (SBN: 306080) Of Counsel
V. JAMES DESIMONE LAW
13160 Mindanao Way, Suite 280
Marina Del Rey, CA 90292
Phone: (310) 693-5561
Email: vjdesimone@gmail.com;
cds820@gmail.com;
rhall@bohmlaw.com;
VJD000095@bohmlaw.com

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem, ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually,<br><br>　　　　　　Plaintiff,<br>　v.<br>OFFICER BRET BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER ANGEL ROMERO,<br><br>　　　　　　Defendants. | **Case No.: 2:21-cv-02957-FWS-MAR**<br><br>*Judge: Hon. Fred W. Slaughter*<br><br>**JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY CUTOFF DATE** |

JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY CUTOFF DATE

1  COME NOW Plaintiffs M.A.R. and SILVIA RIVERA, and Defendants Los
2  Angeles Police Department Officers BRET BECKSTROM, TYLER MOSER,
3  MICHAEL LOPEZ, and ANGEL ROMERO, and hereby stipulate and request that the
4  discovery dates in the above-referenced case be continued as follows:

| Event | Current Date | Proposed Continued Date |
|---|---|---|
| Expert Discovery Cutoff | 1/4/2024 | 3/28/2024 |

8   GOOD CAUSE for this request exists for the following reasons. First, the
9  Parties have retained very distinguished experts for this case, and their schedules have
10 made it difficult to complete their depositions on time.  Second, this request will not
11 affect the trial date in this case.  Third, the Parties make this request to facilitate a
12 mediation scheduled for February 27, 2024 with Richard Copeland. Fourth, the Parties
13 have scheduled all remaining depositions and they will be complete before March 28,
14 2024. The depositions are scheduled as follows:

Plaintiffs' Experts

| | | |
|---|---|---|
| Bennet Omalu | February 16, 2024 | 10:00 a.m. |
| Ernie Burwell | February 19, 2024 | 10:00 a.m. |

Defendants Experts

| | | |
|---|---|---|
| Ed Flosi | March 5, 2024 | 10:00 a.m. |
| Gary M. Vilke | March 20, 2024 | 1:30 p.m. |
| Richard F. Clark | March 27, 2024 | 2:00 p.m. |

IT IS SO STIPULATED.

[SIGNATURES IMMEDAITELY FOLLOWING ON NEXT PAGE]

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: February 13, 2024 | **JONES MAYER** |
| 3 | | |
| 4 | | By: /s/ *James R. Touchstone* <br> James R. Touchstone |
| 5 | | Denise L. Rocawich <br> Attorneys for Defendants Officer Brett <br> Beckstrom; Officer Tyler Moser; Officer <br> Michael Lopez; Officer Angel Romero |

| | | |
|---|---|---|
| 8 | DATED: February 13, 2024 | **LAW OFFICES OF DALE K. GALIPO** |
| 10 | | By:  /s/ *Cooper Alison-Mayne*[1] |
| 11 | | Dale K. Galipo <br> Cooper Alison-Mayne <br> Attorney for Plaintiffs |

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in its content and have authorized the filing.