1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem, ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually, | Case No.: 2:21-cv-02957-FWS-MAR |
| | *Judge: Hon. Fred W. Slaughter* |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY CUTOFF DATE** |
| v. | |
| OFFICER BRET BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER ANGEL ROMERO, | |
| Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Having reviewed the Parties' Joint Stipulation and Request to Continue the Discovery Dates, and GOOD CAUSE having been shown, it is hereby ordered as follows:

| Event | Current Date | Proposed Continued Date |
|---|---|---|
| Expert Discovery Cutoff | 1/4/2024 | 3/28/2024 |

IT IS SO ORDERED.


DATED:                                              UNITED STATES DISTRICT COURT


                                                    _____

                                                    HON. FRED W. SLAUGHTER

[PROPOSED] ORDER