**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**V. JAMES DESIMONE LAW**
V. James DeSimone (SBN: 119668)
vjdesimone@gmail.com
Carmen D. Sabater (SBN: 303546)
cds820@gmail.com
Ryann E. Hall (SBN: 306080) Of Counsel
rhall@bohmlaw.com
13160 Mindanao Way, Suite 280
Marina Del Rey, CA 90292
Phone: (310) 693-5561
Facsimile: (323) 544-6880

*Attorneys for Plaintiffs*

# UNTIED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICER BRETT BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; and OFFICER ANGEL ROMERO, <br><br> Defendants. | Case No.: 2:21-cv-02957-FWS-MAR <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 3** <br><br> *Assigned to the Honorable Fred W. Slaughter* <br><br> PTC: March 7, 2024, 8:30 a.m. <br> Courtroom: 10D <br><br> Trial: April 16, 2024, 8:30 a.m. <br> Courtroom: 10D |

## **MEMORANDUM OF POINTS AND AUTHORITIES**

In their Motion in Limine No. 3 (ECF No. 171), Defendants request that the Court preclude any reference to the movie *Concussion*, a film portrayal of Plaintiffs' expert Dr. Bennet Omalu, documenting his discovery of chronic traumatic encephalopathy (CTE) in deceased NFL players and the subsequent challenges he faced from the NFL, which sought to deny and suppress his findings.

The books that Dr. Omalu has authored, as well as the movie made about him, further supports that Dr. Omalu is qualified to render credible opinions and that he is held in high regard within the medical community. Plaintiffs' counsel will not spend a lot of time on these subjects, but they should be allowed to briefly mention them, just as Plaintiffs' counsel has been allowed to do so by the court in other cases.

In *Barillas v. City of Los Angeles*, 2021 WL 4434977 (C.D. Cal. Apr. 12, 2021), a court rejected Defendants argument:

> Dr. Omalu is relatively famous for his work on CTE, a degenerative disease in the brain commonly found in football and other contact-sport players. He has written books and had books written about him, and Will Smith portrayed him in a 2015 movie called "Concussion." Defendants seek to exclude testimony related to these topics, arguing that they are irrelevant and unfairly prejudicial. The Court disagrees.

*Id.* at *14.

The Court reasoned that Dr. Omalu's publications and CTE research affirm his qualifications as a forensic pathologist, in line with Federal Rule of Evidence 702. Dr. Omalu's work is pertinent for showing the jury he is qualified to offer expert opinions. *Id.*

Plaintiffs' counsel does not intend to go on at length about the film "Concussion," but Plaintiffs should not be prevented from mentioning it all

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 3**

together since it is one of many facts that will help the jury evaluate Dr. Omalu's qualifications as a forensic pathologist.

      For the foregoing reasons, Plaintiffs respectfully request that the Court deny Defendants' Motion in Limine No. 3 (ECF No. 171.)

Respectfully submitted,
DATED: February 15, 2024,

                /s/     *Cooper Alison-Mayne*
                Dale K. Galipo
                Cooper Alison-Mayne
                **LAW OFFICES OF DALE K. GALIPO**

                V. James DeSimone
                Carmen D. Sabater
                Ryann E. Hall
                **V. JAMES DESIMONE LAW**

                *Attorneys for Plaintiffs*