James R. Touchstone, Esq., SBN 184584
jrt@jones-mayer.com
Denise L. Rocawich, Esq., SBN 232792
dlr@jones-mayer.com
Jeremy B. Warren, Esq. SBN 199583
jw@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone:  (714) 446-1400
Facsimile:  (714) 446-1448

*Attorneys for Defendants*

V. James DeSimone (SBN: 119668)
Carmen D. Sabater (SBN: 303546)
Ryann E. Hall (SBN: 306080) Of Counsel
V. JAMES DESIMONE LAW
13160 Mindanao Way, Suite 280
Marina Del Rey, CA 90292
Phone: (310) 693-5561
Email: vjdesimone@gmail.com;
cds820@gmail.com;
rhall@bohmlaw.com;
VJD000095@bohmlaw.com

*Attorneys for Plaintiffs*

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem, ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually,<br><br>Plaintiffs,<br>v.<br><br>OFFICER BRET BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER ANGEL ROMERO,<br><br>Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br><br>*Judge: Hon. Fred W. Slaughter*<br><br>**JOINT STATEMENT OF THE CASE**<br><br>PTC Date: March 7, 2024<br>Time: 8:30 a.m.<br>Courtroom: 10D<br><br>Trial Date: April 16, 2024<br>Time: 8:30 a.m.<br>Courtroom: 10D |

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE THAT** the Parties hereby submit their Joint Statement of the Case.

Respectfully submitted,

Dated:  February 15, 2024          Respectfully submitted,

JONES MAYER

By:  */s/ Jeremy B. Warren*
        James R. Touchstone
        Denise L. Rocawich
        Jeremy B. Warren
        Attorneys for Defendants Officer Brett
        Beckstrom; Officer Tyler Moser; Officer
        Michael Lopez; Officer Angel Romero

Dated:  February 15, 2024          **LAW OFFICES OF DALE K. GALIPO**

By:  */s/ Dale K. Galipo*
        Dale K. Galipo, Esq.
        Cooper Alison-Mayne, Esq.
        Attorneys for Plaintiffs, M.A.R.
        SILVIA IMELDA RIVERA

## **STATEMENT OF THE CASE**

This case involves an encounter between Daniel Rivera and Los Angeles Police Department Officers Bret Beckstrom, Tyler Moser, Michael Lopez, and Angel Romero. Following the encounter, Daniel Rivera was pronounced dead. The plaintiffs are Daniel Rivera's son, M.A.R., and Daniel Rivera's mother, Silvia Rivera. The defendants are Officers Beckstrom, Moser, Lopez, and Romero. The plaintiffs claim that the officers used excessive force and restraint against Daniel Rivera, and they seek damages as permitted by law. The defendants deny the plaintiffs' claims and assert that the use of force was reasonable, lawful, and justified under the circumstances.