James R. Touchstone, Esq., SBN 184584
jrt@jones-mayer.com
Denise L. Rocawich, Esq., SBN 232792
dlr@jones-mayer.com
Jeremy B. Warren, Esq. SBN 199583
jw@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone:  (714) 446-1400
Facsimile:  (714) 446-1448

*Attorneys for Defendants*

| | |
|---|---|
| V. James DeSimone (SBN: 119668)<br>Carmen D. Sabater (SBN: 303546)<br>Ryann E. Hall (SBN: 306080) Of Counsel<br>V. JAMES DESIMONE LAW<br>13160 Mindanao Way, Suite 280<br>Marina Del Rey, CA 90292<br>Phone: (310) 693-5561<br>Email: vjdesimone@gmail.com;<br>cds820@gmail.com;<br>rhall@bohmlaw.com;<br>VJD000095@bohmlaw.com | **LAW OFFICES OF DALE K. GALIPO**<br>Dale K. Galipo, Esq. (SBN 144074)<br>dalekgalipo@yahoo.com<br>Cooper Alison-Mayne (SBN 343169)<br>cmayne@galipolaw.com<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333<br><br>*Attorneys for Plaintiffs* |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem, ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually,<br><br>                     Plaintiffs,<br>    v.<br><br>OFFICER BRET BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER ANGEL ROMERO,<br><br>                     Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br><br>*Judge: Hon. Fred W. Slaughter*<br><br>**NOTICE OF LODGING PRETRIAL CONFERENCE ORDER**<br><br>PTC Date: March 7, 2024<br>Time: 8:30 a.m.<br>Courtroom: 10D<br><br>Trial Date: April 16, 2024<br>Time: 8:30 a.m.<br>Courtroom: 10D |

**1**

NOTICE OF LODGING PRETRIAL CONFERENCE ORDER

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE THAT** the Parties hereby lodge the following [Proposed] Pretrial Conference Order.

Respectfully submitted,

Dated: February 15, 2024   Respectfully submitted,

　　　　　　　　　　　　　　JONES MAYER

　　　　　　　　　　　　　　By: */s/ Jeremy B. Warren*
　　　　　　　　　　　　　　　　James R. Touchstone
　　　　　　　　　　　　　　　　Denise L. Rocawich
　　　　　　　　　　　　　　　　Jeremy B. Warren
　　　　　　　　　　　　　　　　Attorneys for Defendants Officer Brett Beckstrom; Officer Tyler Moser; Officer Michael Lopez; Officer Angel Romero

Dated: February 15, 2024   **LAW OFFICES OF DALE K. GALIPO**

　　　　　　　　　　　　　　By: */s/ Dale K. Galipo*
　　　　　　　　　　　　　　　　Dale K. Galipo, Esq.
　　　　　　　　　　　　　　　　Cooper Alison-Mayne, Esq.
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs, M.A.R.
　　　　　　　　　　　　　　　　 SILVIA IMELDA RIVERA