James R. Touchstone, Esq., SBN 184584
jrt@jones-mayer.com
Denise L. Rocawich, Esq., SBN 232792
dlr@jones-mayer.com
Jeremy B. Warren, Esq. SBN 199583
jw@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

*Attorneys for Defendants*

| | |
|---|---|
| V. James DeSimone (SBN: 119668)<br>Carmen D. Sabater (SBN: 303546)<br>Ryann E. Hall (SBN: 306080) Of Counsel<br>V. JAMES DESIMONE LAW<br>13160 Mindanao Way, Suite 280<br>Marina Del Rey, CA 90292<br>Phone: (310) 693-5561<br>Email: vjdesimone@gmail.com;<br>cds820@gmail.com;<br>rhall@bohmlaw.com;<br>VJD000095@bohmlaw.com | **LAW OFFICES OF DALE K. GALIPO**<br>Dale K. Galipo, Esq. (SBN 144074)<br>dalekgalipo@yahoo.com<br>Cooper Alison-Mayne (SBN 343169)<br>cmayne@galipolaw.com<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333<br><br>*Attorneys for Plaintiffs* |

*Attorneys for PlaintiffS*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem, ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually,<br><br>             Plaintiff,<br>   v.<br><br>OFFICER BRET BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER ANGEL ROMERO,<br><br>             Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br><br>Judge: Hon. Fred W. Slaughter<br><br>**COMPETING VERDICT FORMS**<br><br>PTC Date: March 7, 2024<br>Time: 8:30 a.m.<br>Courtroom: 10D<br><br>Trial Date: April 16, 2024<br>Time: 8:30 a.m.<br>Courtroom: 10D |

1

**COMPETING VERDICT FORMS**

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:

    PLEASE TAKE NOTICE THAT the Parties hereby submit their Competing Verdict Forms. The Parties reserve the right to amend their respective Verdict Forms to the extent permitted by this Court.

Dated:  February 15, 2024    Respectfully submitted,

JONES MAYER

By: */s/Jeremy B. Warren*
    James R. Touchstone
    Denise L. Rocawich
    Jeremy B. Warren
    Attorneys for Defendants Officer Brett Beckstrom; Officer Tyler Moser; Officer Michael Lopez; Officer Angel Romero

Dated:  February 15, 2024    **LAW OFFICES OF DALE K. GALIPO**

By: */s/Cooper Alison-Mayne*
    Dale K. Galipo, Esq.
    Cooper Alison-Mayne, Esq.
    Attorneys for Plaintiffs, M.A.R.
    SILVIA IMELDA RIVERA

# PLAINTIFFS' PROPOSED VERDICT FORM

We, the jury in the above-entitled case, find as follows:

# SECTION 1983 (EXCESSIVE FORCE)

**Question # 1:** Did any of the following defendants use excessive or unreasonable force and/or restraint against Daniel Rivera?

| | | |
|---|---|---|
| Officer Brett Beckstrom | _____ YES | _____ NO |
| Officer Tyler Moser | _____ YES | _____ NO |
| Officer Michael Lopez | _____ YES | _____ NO |
| Officer Angel Romero | _____ YES | _____ NO |

*If you answered "Yes" as to any defendant, please proceed to Question 2. If you answered no as to all defendants, have the presiding juror sign and date this verdict form.*

**Question # 2:** Was the use of excessive or unreasonable force and/or restraint by any of the following defendants a substantial factor in causing harm to Daniel Rivera?

| | | |
|---|---|---|
| Officer Brett Beckstrom | _____ YES | _____ NO |
| Officer Tyler Moser | _____ YES | _____ NO |
| Officer Michael Lopez | _____ YES | _____ NO |
| Officer Angel Romero | _____ YES | _____ NO |

*If you answered "Yes" as to any defendant, please proceed to Question 3. If you answered no as to all defendants, have the presiding juror sign and date this verdict form.*

## SECTION 1983 (DEPRIVATION OF FAMILIAL RELATIONSHIP)

**Question #3:** Did any of the following defendants interfere with the Plaintiffs' familial relationship with Daniel Rivera?

| | | |
|---|---|---|
| Officer Brett Beckstrom | _____ YES | _____ NO |
| Officer Tyler Moser | _____ YES | _____ NO |
| Officer Michael Lopez | _____ YES | _____ NO |
| Officer Angel Romero | _____ YES | _____ NO |

*Please proceed to the next question.*

## DAMAGES

*If you answered "Yes" to Question 2 as to any defendant, please answer Question #7.*

**Question #7:** What are Daniel Rivera's damages for his pre-death pain and suffering and loss of life?

Pre-death pain and suffering damages:    $_____

Loss of life damages                     $_____

4

**COMPETING VERDICT FORMS**

*If you answered "Yes" to Question 3, please answer Question #8.*

**Question #8**: What are the Plaintiffs' wrongful death damages for their loss of Daniel Rivera?

| | |
|---|---|
| M.A.R.'s past wrongful death damages | $_____ |
| M.A.R.'s future wrongful death damages | $_____ |
| Silvia Rivera's past wrongful death damages | $_____ |
| Silvia Rivera's future wrongful death damages | $_____ |

*Please proceed to the next question.*

## PUNITIVE DAMAGES

**Question #9:** Do you find that any of the defendants acted with malice, oppression, or reckless disregard of Plaintiffs' or Daniel Rivera's civil rights?

| | | |
|---|---|---|
| Officer Brett Beckstrom | _____ YES | _____ NO |
| Officer Tyler Moser | _____ YES | _____ NO |
| Officer Michael Lopez | _____ YES | _____ NO |
| Officer Angel Romero | _____ YES | _____ NO |

Please have the presiding juror sign and date this verdict form.

Date: _____        _____
                                                                  Jury Foreperson

5

**COMPETING VERDICT FORMS**

# DEFENDANTS' PROPOSED VERDICT FORM

We, the jury in the above-entitled case, find as follows:

## SECTION 1983 (EXCESSIVE FORCE)

**Question # 1:** Did plaintiffs prove by a preponderance of the evidence that Defendant use excessive force against Daniel Rivera?

Please answer separately as to each Defendant

| Officer | YES | NO |
|---|---|---|
| Officer Brett Beckstrom | _____ YES | _____ NO |
| Officer Tyler Moser | _____ YES | _____ NO |
| Officer Michael Lopez | _____ YES | _____ NO |
| Officer Angel Romero | _____ YES | _____ NO |

*If you answered "Yes" to any portion of Question 1, please proceed to Question 2. If you answered no to all portions please proceed to Question 3.*

**Question # 2:** Was the use of excessive force a substantial factor in causing harm to Daniel Rivera?

Please answer separately as to each Defendant

| Officer | YES | NO |
|---|---|---|
| Officer Brett Beckstrom | _____ YES | _____ NO |
| Officer Tyler Moser | _____ YES | _____ NO |
| Officer Michael Lopez | _____ YES | _____ NO |
| Officer Angel Romero | _____ YES | _____ NO |

*Please proceed to Question 3.*

## SECTION 1983 (DEPRIVATION OF FAMILIAL RELATIONSHIP)

**Question #3:** Did plaintiffs prove by a preponderance of the evidence that any Defendant deprived Matthew Rivera of his liberty interest in companionship with Daniel Rivera?

Please answer separately as to each Defendant

| | | |
|---|---|---|
| Officer Brett Beckstrom | _____ YES | _____ NO |
| Officer Tyler Moser | _____ YES | _____ NO |
| Officer Michael Lopez | _____ YES | _____ NO |
| Officer Angel Romero | _____ YES | _____ NO |

*If you answered "Yes" to any portion of Question 3, please proceed to Question 4. Otherwise, please proceed to Question 5.*

**Question # 4:** Was the deprivation a substantial factor is causing harm to Matthew Rivera?

Please answer separately as to each Defendant

| | | |
|---|---|---|
| Officer Brett Beckstrom | _____ YES | _____ NO |
| Officer Tyler Moser | _____ YES | _____ NO |
| Officer Michael Lopez | _____ YES | _____ NO |

Officer Angel Romero   _____ YES   _____ NO

*Please proceed to Question 5.*

**Question # 5:** Did plaintiffs prove by a preponderance of the evidence that any Defendant deprive Silvia Rivera of her liberty interest in companionship with Daniel Rivera?

Please answer separately as to each Defendant

| | | |
|---|---|---|
| Officer Brett Beckstrom | _____ YES | _____ NO |
| Officer Tyler Moser | _____ YES | _____ NO |
| Officer Michael Lopez | _____ YES | _____ NO |
| Officer Angel Romero | _____ YES | _____ NO |

*If you answered "Yes" to any portion of Question 5, please proceed to Question 6. Otherwise, if you answered "Yes" to any portion of Question 2 or 4 please proceed to Question 7. If you answered "No" to all portions of 2,4, and 5, have the presiding juror sign and date this form.*

**Question # 6:** Was the deprivation a substantial factor in causing harm to Silvia Rivera ?

Please answer separately as to each Defendant

| | | |
|---|---|---|
| Officer Brett Beckstrom | _____ YES | _____ NO |
| Officer Tyler Moser | _____ YES | _____ NO |

8

**COMPETING VERDICT FORMS**

| | | |
|---|---|---|
| Officer Michael Lopez | _____ YES | _____ NO |
| Officer Angel Romero | _____ YES | _____ NO |

*If you answered "Yes" to any portion of Question 2 or 4 or 6 please proceed to Question 7. If you answered "No" to all portions of 2,4, and 6, have the presiding juror sign and date this form.*

## DAMAGES

*If you answered yes to Question 2, please answer the following Questions #7 and #8:*

**Question #7**

What are Daniel Rivera's pre-death pain and suffering damages?

$ _____.

*If you answered yes to Question 4, please answer the following Question #=19 and #20:*

**Question #8:** What are Matthew Rivera's damages for the loss of Daniel Rivera's love, companionship, comfort, care, assistance, protection, affection, society, moral support, training and guidance from August 14, 2020 to the present.

$ _____.

**Question #9:** What are Matthew Rivera's damages for the loss, companionship, comfort, care, assistance, protection, affection, society, moral support, training and guidance from today forward for the rest of his life.

**COMPETING VERDICT FORMS**

$ _____.

*If you answered yes to Question 6 please answer the following Questions #21 and #22:*

**Question #10:** What are Silvia Rivera's damages for the loss of Daniel Rivera's love, companionship, comfort, care, assistance, protection, affection, society, moral support, training and guidance from August 14, 2020 to the present.

$ _____.

**Question #11:** What are Silvia Rivera's damages for the loss of Daniel Rivera's love, companionship, comfort, care, assistance, protection, affection, society, moral support, training and guidance from today forward for the rest of her life.

$ _____.

Please have the presiding juror sign and date this verdict form.

Dated: _____                           _____
                                              Jury Foreperson

**COMPETING VERDICT FORMS**