2/20/24, 8:14 AM  Case 2:21-cv-02957-FWS-MAR   Document 197-1   Filed 02/20/24   Page 1 of 2   Page ID
Search - Supreme Court of the United States
#:3204

Search documents in this case: Search

| No. 23-689 | |
|---|---|
| Title: | **City of Los Angeles, California, et al., Petitioners**<br>v.<br>**M. A. R., a Minor, By and Through His Guardian ad Litem, Elisabeth Barragan, Individually and as a Successor in Interest to Daniel Rivera, et al.** |
| Docketed: | December 27, 2023 |
| Lower Ct: | United States Court of Appeals for the Ninth Circuit |
|   Case Numbers: | (22-55415) |
|   Decision Date: | July 17, 2023 |
|   Rehearing Denied: | September 25, 2023 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Dec 22 2023 | Petition for a writ of certiorari filed. (Response due January 26, 2024)<br><br>**Petition**     **Appendix**     **Certificate of Word Count**     **Proof of Service** |
| Jan 22 2024 | Waiver of right of respondent M. A. R., a Minor, By and Through His Guardian ad Litem, Elisabeth Barragan, Individually and as a Successor in Interest to Daniel Rivera, et al. to respond filed.<br><br>**Main Document** |
| Feb 07 2024 | DISTRIBUTED for Conference of 2/23/2024. |
| Feb 13 2024 | Response Requested. (Due March 14, 2024) |

| NAME | ADDRESS | PHONE |
|---|---|---|
| Attorneys for Petitioners | | |

2/20/24, 8:14 AM Case 2:21-cv-02957-FWS-MAR   Document 197-1   Filed 02/20/24   Page 2 of 2   Page ID
Search - Supreme Court of the United States
#:3205

| Scott William Davenport  Counsel of Record | Jones Mayer 3777 N. Harbor Blvd. Fullerton, CA 92835  swd@jones-mayer.com | (714) 446-1400 |
|---|---|---|
| Party name: City of Los Angeles, et al. | | |
| Attorneys for Respondents | | |
| V. James DesSimone  Counsel of Record | V. James DeSimone Law 13160 Mindanao Way, Ste. # 280 Marina del Rey, CA 90292  VJD000085@bohmlaw.com | 310-693-5561 |
| Party name: M. A. R., a Minor, By and Through His Guardian ad Litem, Elisabeth Barragan, Individually and as a Successor in Interest to Daniel Rivera, et al. | | |