UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; OFFICER BRETT BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER ANGEL ROMERO; Police Chief MICHAEL MOORE, in his individual and official capacity; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-CV-02957-FWS-MAR<br><br>*Hon. Fred W. Slaughter*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR AN ORDER CONTINUING TRIAL** |

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants' *Ex Parte* Application for an Continuing Trial Based on Supreme Court Action came before the Court via proper *Ex Parte* Notice. After consideration of the papers on file, the Court concludes as follows:

(1) In light of the Supreme Court's actions in this case and the potential that this trial court be determined to be moot, good cause exists to grant a brief five-week continuance of the trial this case as follows:

- 1 -

| CURRENT DATE | NEW DATE |
|---|---|
| April 16, 2024 | May 21, 2024 |

(2)   All other dates shall remain as currently set.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                          HON. FRED W. SLAUGHTER,
                                                          UNITED STATES DISTRICT JUDGE