**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**V. JAMES DESIMONE LAW**
V. James DeSimone (SBN: 119668)
vjdesimone@gmail.com
Carmen D. Sabater (SBN: 303546)
cds820@gmail.com
Ryann E. Hall (SBN: 306080) Of Counsel
rhall@bohmlaw.com
13160 Mindanao Way, Suite 280
Marina Del Rey, CA 90292
Phone: (310) 693-5561
Facsimile: (323) 544-6880

*Attorneys for Plaintiffs*

# UNTIED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER BRETT BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; and OFFICER ANGEL ROMERO,<br><br>Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION TO CONTINUE TRIAL**<br><br>*Assigned to the Honorable Fred W. Slaughter*<br><br>Trial: April 16, 2024, 8:30 a.m.<br>Courtroom: 10D |

1

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION TO CONTINUE TRIAL**

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs oppose Defendants' ex parte application for a five-week continuance of the trial currently scheduled to commence on April 16, 2024. The Defendants base their request on the recent action taken by the United States Supreme Court concerning the Petition for a Writ of Certiorari related to this case. Specifically, the Supreme Court has requested a response brief from Plaintiffs, which Defendants argue justifies a trial continuance in anticipation of a potential grant of certiorari.

Defendants' request is based on a very unlikely scenario. The Supreme Court agrees to hear approximately 2% of the 7,000 petitions for a Writ of Certiorari filed every year. Even in cases where a response has been ordered, as in this instance, the likelihood of certiorari being granted remains very low. A study published by Bloomberg Law, which analyzed data from 2010 to 2017, found that when a response has been ordered, the "grant rate goes from an abysmal 1 percent to 5 percent." Bloomberg Law, 'Call for Response' Signals SCOTUS Interest (last visited Feb 21, 2024), https://news.bloomberglaw.com/us-law-week/call-for-response-signals-scotus-interest. While the request for a response may indeed indicate that one or more Justices find the petition prima facie meritorious or complex, it does not significantly alter the statistical improbability of certiorari being granted.

The principles governing the issuance of ex parte orders, as cited by the Defendants themselves, emphasize their limited suitability to situations of genuine urgency or necessity. The current scenario, predicated on a 5% chance that the Supreme Court grants certiorari, does not rise to the level of urgency or necessity justifying deviation from the scheduled trial proceedings.

In conclusion, while we acknowledge the Supreme Court's interest in the case as evidenced by the request for a response brief, this interest alone does not warrant a continuance of the trial. The statistical likelihood of certiorari

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION TO CONTINUE TRIAL**

being granted remains low, and the interests of justice favor proceeding with the trial as scheduled. We respectfully request that the Court deny the Defendants' request for a continuance.

Respectfully submitted,
DATED: February 21, 2024,

                                           */s/   Cooper Alison-Mayne*
                                           Dale K. Galipo
                                           Cooper Alison-Mayne
                                           **LAW OFFICES OF DALE K. GALIPO**

                                           V. James DeSimone
                                           Carmen D. Sabater
                                           Ryann E. Hall
                                           **V. JAMES DESIMONE LAW**

                                           *Attorneys for Plaintiffs*

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION TO CONTINUE TRIAL**