JONES & MAYER
James R. Touchstone, SBN 184584
Jeremy B. Warren, SBN 199583
Denise L. Rocawich, SBN 232792
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: jrt@jones-mayer.com; dlr@jones-mayer.com

Attorneys for Defendants OFFICER BRETT BECKSTROM, OFFICER
TYLER MOSER, OFFICER MICHAEL LOPEZ, and OFFICER ANGEL
ROMERO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem, ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; OFFICER BRET BEKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER NATHAN RAMOS; OFFICER ANGEL ROMERO; Police Chief MICHEL MOORE, in his individual, and official capacity; and DOES 6-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br><br>*Judge: Hon. Fred W. Slaughter*<br><br>**DEFENDANTS' [PROPOSED] VOIR DIRE**<br><br>Trial Date: May 21, 2024<br>Time: 8:30 a.m.<br>Courtroom: 10D |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE THAT Defendants **OFFICER BRETT BECKSTROM, OFFICER TYLER MOSER, OFFICER MICHAEL LOPEZ, and OFFICER ANGEL ROMERO** (hereinafter "Defendants") hereby submit their Proposed Voir Dire Questions.



## DEFENDANTS' PROPOSED VOIR DIRE

1.  Have you heard about or read anything about this particular case? If so, have you ever seen any videos on television or on the Internet about this particular incident?

      a.  Please describe what information you have concerning this incident and how you obtained that information.

      b.  Based on what you've heard or seen concerning this particular incident, do you feel that you can be fair and impartial if you are selected to serve as a juror in this case?

2.  Does anybody feel that because Plaintiffs have filed a lawsuit, the allegations are more likely true than not? If so, please describe why you feel that way.

3.  Have any of you ever been treated in what you considered an unfair or improper manner by any member of a law enforcement agency including, but not limited to, the Los Angeles Police Department? If so, please describe.

4.  Have you ever sat on a jury where police officers testified?
If yes, have you formed any opinion about police officers and their testimony based upon this experience? Please describe.

5.  Do any of you live in an area patrolled by the City of Los Angeles Police Department? If so, what is your opinion of the quality of police service provided in your community?

6.  Have any of you, a family member or close friend ever been detained or arrested by any law enforcement agency?  [Side bar or chambers discussion.]
     If so,

DEFENDANTS' [PROPOSED] VOIR DIRE



a.  Please describe the incident.

b.  When did this occur?

c.  Where did this occur?

d.  What law enforcement agency(ies) was involved?

e.  What was the outcome?

f.  Given this event, what is your opinion of law enforcement?

7.  Have you, a member of your family, or any of your close friends ever been involved in any type of altercation or physical struggle with law enforcement officers at any time? [Side bar or chambers discussion.]

If so,

a.  When did this occur?

b.  Where did this occur?

c.  What law enforcement agency (ies) was involved?

d.  What was the outcome?

e.  Given this event, what is your opinion of law enforcement? Please Describe.

8.  Do any of you have a negative opinion of the Los Angeles Police Department? If so, please describe.

9.  Has anyone on the prospective jury panel ever been convicted of a crime? [Side bar or chambers discussion.]

a.  If so, who was involved?

b.  What happened/what was the crime?

c.  When did this occur?



- 3 -

DEFENDANTS' [PROPOSED] VOIR DIRE

10.  Do you believe that police officers are entitled to used reasonable force in some situations such as to control a crime scene or to make an arrest of a criminal suspect?

11.  Do you believe police officers are either more likely or less likely to be truthful than other people? If so, please describe.

12.  Have you ever had any negative interactions with police officers before?

13.  Have you or any members of your family ever filed a citizen's complaint with a law enforcement agency before?  If so, what happened?

14.  Have you ever had positive interactions with police officers before?

15.  Do you believe that police officers should be allowed to defend themselves or other police officers or persons from physical harm when encountering a suspect?

16.  Do you believe that police officers must wait until after force is used against them before they can use force to defend themselves or their fellow officers?

17.  Have you ever personally witnessed a police officer use force against someone?
    If so,
        a.  Please describe the circumstances.
        b.  Did you feel that law enforcement handled the situation properly or improperly?
        c.  Would anything about that experience affect your ability to be a fair and



d.  impartial juror in this case?

18.  In ten (10) words or less, please describe what your opinion of law enforcement is?

19.  Do you believe that police officers must wait until after force is used against them before they can use force to defend themselves or their fellow officers?

20.  Have you ever personally witnessed a police officer use force against someone?

    If so,

        a.  Please describe the circumstances.

        b.  Did you feel that law enforcement handled the situation properly or improperly?

        c.  Would anything about that experience affect your ability to be a fair and impartial juror in this case?

21.  Have you, a close relative or friend ever been employed by or volunteered with any law enforcement agency or private security service?

        If so, please state:

    a.  The name and location of said law enforcement or private security agency?

        Whether you, your relative or friend were a paid employee or a volunteer?

    b.  The year in which you, your relative or friend were hired?

    c.  Length of your, your relative or friend's employment?

    d.  Please describe your, your relative or friend's duties to the best of your knowledge.



- 5 -

e.  What was the highest rank you, your relative or friend achieved?

f.  Have you, a relative or friend ever been terminated by a law enforcement agency?

If so, please tell us the reasons for such termination to the best of your knowledge.

22.  Do any of you have any special training or knowledge of law enforcement training and/or experience in the area of use of force (For example, Arrest & Control techniques, Police Tactics?

If so:

a.  What is your knowledge and/or training?

b.  Where, when and how did you acquire this knowledge and/or training?

c.  Do you think this would affect your ability to be a fair and impartial juror?

23.  Have you ever served in the military or any branch of the armed forces?

If so, please state:

a.  Which branch?

b.  What was the highest rank you obtained?

c.  How many years did you serve?

d.  What were your job duties?

e.  Have you ever served in combat?

24. Do any of you, or a family member, or close friend have an association with the justice system (i.e. corrections, probation, lawyer, judge, court personnel)?

If yes, please describe.



DEFENDANTS' [PROPOSED] VOIR DIRE

25. Do any of you have any special training or knowledge in the area of medicine? If so:

    a. What is your knowledge and/or training?

    b. Where, when and how did you acquire this knowledge and/or training?

    c. Do you think this would affect your ability to be a fair and impartial juror? If yes, please explain.

26. Do you think this would affect your ability to be a fair and impartial juror? If yes, please explain.

27. Do you understand that the burden of proof lies with the Plaintiffs, and they must prove their case by a preponderance of the evidence?

28. Is there anything that you think this Court, counsel or the parties should know of, or be aware of, regarding your ability to be a fair, impartial and unbiased juror in this case? If yes, please explain.

Dated: March 13, 2024        Respectfully submitted,

JONES MAYER

By: _____
    James R. Touchstone
    Denise L. Rocawich
    Jeremy B. Warren
    Attorneys for Defendants Officer Brett
    Beckstrom; Officer Tyler Moser; Officer
    Michael Lopez; Officer Angel Romero

DEFENDANTS' [PROPOSED] VOIR DIRE

