**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**V. JAMES DESIMONE LAW**
V. James DeSimone (SBN: 119668)
vjdesimone@gmail.com
Carmen D. Sabater (SBN: 303546)
cds820@gmail.com
Ryann E. Hall (SBN: 306080) Of Counsel
rhall@bohmlaw.com
13160 Mindanao Way, Suite 280
Marina Del Rey, CA 90292
Phone: (310) 693-5561
Facsimile: (323) 544-6880

*Attorneys for Plaintiffs*

# UNTIED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICER BRETT BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; and OFFICER ANGEL ROMERO, <br><br> Defendants. | Case No.: 2:21-cv-02957-FWS-MAR <br><br> **NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES** <br><br> *Assigned to the Honorable Fred W. Slaughter* |

COME NOW Plaintiffs M.A.R. and Silvia Rivera, and Defendants Brett Beckstrom, Tyler Moser, Michael Lopez, and Angel Romero and hereby notify this Court that the Parties have reached a conditional settlement of this entire action.

1. The Parties conducted mediation on April 13, 2024 with mediator Richard Copeland, during which the Parties settled the case.

2. The settlement is conditioned upon approval of the City of Los Angeles' Claims Board, the Budget & Finance Committee, City Council, and the Mayor, which is anticipated to take up to six months.

3. If the settlement is approved, then the Parties will file a stipulation to dismiss the entire action within seven days of Plaintiffs' receipt of the settlement funds.

4. Accordingly, the Parties respectfully request that this Court vacate all pending dates, including the trial date of May 21, 2024, and stay all proceedings pending the approval of the settlement. The Parties further agree and request that if the settlement is not approved, then this Court shall reset the dates, so that the case can proceed to trial.

**[SIGNATURES ON FOLLOWING PAGE]**

DATED: April 15, 2024,

_____
Dale K. Galipo
Cooper Alison-Mayne
**LAW OFFICES OF DALE K. GALIPO**

V. James DeSimone
Carmen D. Sabater
Ryann E. Hall
**V. JAMES DESIMONE LAW**

*Attorneys for Plaintiffs*

Dated:  April 15, 2024        Respectfully submitted,

JONES MAYER

By: _____
James R. Touchstone
Jeremy Warren
Attorneys for Defendants Officer Brett Beckstrom; Officer Tyler Moser; Officer Michael Lopez; Officer Angel Romero

NOTICE OF CONDITIONAL SETTLEMENT