| | |
|---|---|
| 1 | James R. Touchstone, Esq., SBN 184584 |
| | jrt@jones-mayer.com |
| 2 | Denise L. Rocawich, Esq., SBN 232792 |
| | dlr@jones-mayer.com |
| 3 | Melissa M. Ballard, Esq., SBN 185739 |
| | mmb@jones-mayer.com |
| 4 | JONES MAYER |
| | 3777 North Harbor Boulevard |
| 5 | Fullerton, CA 92835 |
| | Telephone:  (714) 446-1400 |
| 6 | Facsimile:  (714) 446-1448 |
| 7 | Attorneys for Defendants OFFICER BRETT |
| | BECKSTROM; OFFICER TYLER MOSER; |
| 8 | OFFICER MICHAEL LOPEZ; OFFICER ANGEL |
| | ROMERO |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem, ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually, | Case No.: 2:21-cv-02957-FWS-MAR |
| | *Judge: Hon. Fred W. Slaughter* |
| | *Dept. 10D* |
| Plaintiff, | **JOINT STATUS REPORT RE STATUS OF SETTLEMENT** |
| v. | |
| CITY OF LOS ANGELES; OFFICER BRET BEKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER NATHAN RAMOS; OFFICER ANGEL ROMERO; Police Chief MICHEL MOORE, in his individual, and official capacity; and DOES 6-10, inclusive, | |
| Defendants. | |



COMES NOW Plaintiffs M.A.R. and Silvia Rivera, and Defendants Brett Beckstrom, Tyler Moser, Michael Lopez, and Angel Romero who jointly submit this status report regarding status of the settlement of this matter.

1. The Parties conducted mediation on April 13, 2024 with mediator Richard Copeland, during which the Parties settled the case, subject to multiple levels of approval by the City of Los Angeles.

2. The final settlement agreement was executed by all Parties minus the City of Los Angeles in early May of 2024.

3. Defense counsel presented the settlement agreement to the Claims Board on June 3, 2024, and obtained approval at that level of review.

4. Defense counsel presented the settlement agreement to the Budget Finance Board for the City of Los Angles for approval on June 26, 2024. The Board approved the settlement.

5. The settlement was approved by the City Council for the City of Los Angeles on August 16, 2024.

6. The Mayor approved the settlement of the case subsequent thereto. The only remaining action is the issuance of the settlement check and dismissal of the case.

7. Once the Settlement Check is issued, the Parties will file a stipulation to dismiss the entire action within seven days of Plaintiffs' receipt of the settlement funds. Defense counsel for the individual defendants has been advised by City staff that the settlement check should be issued during the time frame of October 5, 2024 through October 20, 2024. Accordingly, the parties jointly request a further status report or request for dismissal be filed no later than November 1, 2024.

8. Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed below, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 23, 2024  Respectfully submitted,

By: S/ *James R. Touchstone*
James R. Touchstone
Denise L. Rocawich
Melissa M. Ballard
JONES MAYER
Attorneys for Defendants Officer Brett Beckstrom; Officer Tyler Moser; Officer Michael Lopez; Officer Angel Romero

Dated: September 23, 2024  Respectfully submitted,

By: S/ *Christian R. Bojorquez*
Christian R. Bojorquez
LOS ANGELES CITY ATTORNEY OFFICE
Attorneys for Defendant, Police Chief, Michael Moore

Dated: September 23, 2024  Respectfully submitted,

By: S/ *Dale K. Galipo*
Dale K. Galipo
Cooper Alison-Mayne
LAW OFFICES OF DALE K. GALIPO

Attorneys for Plaintiff

Dated: September 23, 2024  Respectfully submitted,

By: S/ *James DeSimone*
V. James DeSimone
Carmen D. Sabater
Ryanne E. Hall
V. JAMES DESIMONE LAW

Attorneys for Plaintiff