James R. Touchstone, Esq., SBN 184584
jrt@jones-mayer.com
Denise L. Rocawich, Esq., SBN 232792
dlr@jones-mayer.com
Melissa M. Ballard, Esq., SBN 185739
mmb@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone:  (714) 446-1400
Facsimile:  (714) 446-1448

Attorneys for Defendants OFFICER BRETT BECKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER ANGEL ROMERO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem, ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; OFFICER BRET BEKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER NATHAN RAMOS; OFFICER ANGEL ROMERO; Police Chief MICHEL MOORE, in his individual, and official capacity; and DOES 6-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br><br>*Judge: Hon. Fred W. Slaughter*<br>*Dept. 10D*<br><br>**JOINT STATUS REPORT RE STATUS OF SETTLEMENT** |



COMES NOW Plaintiffs M.A.R. and Silvia Rivera, and Defendants Brett Beckstrom, Tyler Moser, Michael Lopez, and Angel Romero who jointly submit this status report regarding status of the settlement of this matter.

1. The Parties conducted mediation on April 13, 2024 with mediator Richard Copeland, during which the Parties settled the case, subject to multiple levels of approval by the City of Los Angeles.

2. The final settlement agreement was executed by all Parties minus the City of Los Angeles in early May of 2024.

3. Defense counsel presented the settlement agreement to the Claims Board on June 3, 2024, and obtained approval at that level of review.

4. Defense counsel presented the settlement agreement to the Budget Finance Board for the City of Los Angles for approval on June 26, 2024. The Board approved the settlement.

5. The settlement was approved by the City Council for the City of Los Angeles on August 16, 2024.

6. The Mayor approved the settlement of the case subsequent thereto. The only remaining action is the issuance of the settlement check and dismissal of the case.

7. The City Attorney's Office is experiencing technical issues with the payment software they use to produce payments (via the City Controller's Office) which is causing delays across *all* settlement payments/jury awards; however we have been advised that the payment for this particular settlement should be issued within the next two weeks.

8. Once the Settlement Check is issued, the Parties will file a stipulation to dismiss the entire action within seven days of Plaintiffs' receipt of the settlement funds. Defense counsel for the individual defendants has been advised by City staff that the settlement check should be issued during the time frame of November 1, 2024 through November 10, 2024. Accordingly, the parties jointly request a further

status report or request for dismissal be filed no later than November 15, 2024.

9. Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed below, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 5, 2024     Respectfully submitted,

By: S/ *James R. Touchstone*
James R. Touchstone
Denise L. Rocawich
Melissa M. Ballard
JONES MAYER
Attorneys for Defendants Officer Brett Beckstrom; Officer Tyler Moser; Officer Michael Lopez; Officer Angel Romero

Dated: November 5, 2024     Respectfully submitted,

By: S/ *Christian R. Bojorquez*
Christian R. Bojorquez
LOS ANGELES CITY ATTORNEY OFFICE
Attorneys for Defendant, Police Chief, Michael Moore

Dated: November 5, 2024     Respectfully submitted,

By: S/ *Dale K. Galipo*
Dale K. Galipo
Cooper Alison-Mayne
LAW OFFICES OF DALE K. GALIPO

Attorneys for Plaintiff

| | |
|---|---|
| Dated: November 5, 2024 | Respectfully submitted, |
| | By: S/ *James DeSimone* |
| | V. James DeSimone |
| | Carmen D. Sabater |
| | Ryanne E. Hall |
| | V. JAMES DESIMONE LAW |
| | Attorneys for Plaintiff |