UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-cv-02957-FWS-MAR                                Date: December 5, 2024
Title: M.A.R. *et al.* v. City of Los Angeles *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                                              Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE JOINT STATUS REPORT OR NOTICE OF DISMISSAL**

On November 21, 2024, the court issued a text entry noting that the parties failed to file a joint status report or request for dismissal by November 15, 2024.  (Dkt. 207.)  The court ordered the parties to either file a joint status report or request for dismissal by November 26, 2024.  (*Id.*)  As of the date of this Order, the parties have not submitted a joint status report, notice of dismissal or any other responsive filing.  (*See generally* Dkt.)  Therefore, the parties are **ORDERED TO SHOW CAUSE** in writing by **December 12, 2024**, why this case should not be dismissed for failure to comply with court orders and prosecute this action.

The parties may discharge this Order to Show Cause by filing a joint status report regarding the status of the parties' settlement agreement or a notice of dismissal consistent with the court's November 21, 2024, Order.  Failure to comply with the court's order **will** result in dismissal.  *See* Fed. R. Civ. P. 41(b)*; Link v. Wabash R.R.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 693, 699 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution.").