1  James R. Touchstone, Esq., SBN 184584
   jrt@jones-mayer.com
2  Denise L. Rocawich, Esq., SBN 232792
   dlr@jones-mayer.com
3  Melissa M. Ballard, Esq., SBN 185739
   mmb@jones-mayer.com
4  JONES MAYER
   3777 North Harbor Boulevard
5  Fullerton, CA 92835
   Telephone: (714) 446-1400
6  Facsimile: (714) 446-1448

7  Attorneys for Defendants OFFICER BRETT
   BECKSTROM; OFFICER TYLER MOSER;
8  OFFICER MICHAEL LOPEZ; OFFICER ANGEL
   ROMERO

9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12

13
   M.A.R., a minor, by and through his          Case No.: 2:21-cv-02957-FWS-MAR
14 Guardian ad litem, ELISABETH
   BARRAGAN, individually, and as a             *Judge: Hon. Fred W. Slaughter*
15 successor in interest to DANIEL RIVERA;      *Dept. 10D*
   SILVIA IMELDA RIVERA, individually,
16                                              **JOINT STIPULATION FOR**
                 Plaintiff,                     **DISMISSAL**
17
        v.
18
   CITY OF LOS ANGELES; OFFICER
19 BRET BEKSTROM; OFFICER TYLER
   MOSER; OFFICER MICHAEL LOPEZ;
20 OFFICER NATHAN RAMOS; OFFICER
   ANGEL ROMERO; Police Chief MICHEL
21 MOORE, in his individual, and official
   capacity; and DOES 6-10, inclusive,
22
                 Defendants.
23

24

25

26

27

28



JOINT STIPULATION FOR DISMISSAL

**TO THE HONORABLE COURT**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the complete dismissal of the above-captioned action, with prejudice. Each side is to bear its own fees and costs incurred in this matter.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 12, 2024    Respectfully submitted,

By: S/ *James R. Touchstone*
James R. Touchstone
Denise L. Rocawich
Melissa M. Ballard
JONES MAYER
Attorneys for Defendants Officer Brett Beckstrom; Officer Tyler Moser; Officer Michael Lopez; Officer Angel Romero

Dated:  December 12, 2024    Respectfully submitted,

By: S/ *Christian R. Bojorquez*
Christian R. Bojorquez
LOS ANGELES CITY ATTORNEY OFFICE
Attorneys for Defendant, Police Chief, Michael Moore

Dated:  December 12, 2024    Respectfully submitted,

By: S/ *Dale K. Galipo*
Dale K. Galipo
Cooper Alison-Mayne
LAW OFFICES OF DALE K. GALIPO

Attorneys for Plaintiff

Dated: December 12, 2024

Respectfully submitted,

By: S/ *James DeSimone*
V. James DeSimone
Carmen D. Sabater
Ryanne E. Hall
V. JAMES DESIMONE LAW

Attorneys for Plaintiff