JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A.R., a minor, by and through his Guardian ad litem, ELISABETH BARRAGAN, individually, and as a successor in interest to DANIEL RIVERA; SILVIA IMELDA RIVERA, individually<br><br>       Plaintiffs,<br><br>  vs.<br><br>CITY OF LOS ANGELES; OFFICER BRET BEKSTROM; OFFICER TYLER MOSER; OFFICER MICHAEL LOPEZ; OFFICER NATHAN RAMOS; OFFICER ANGEL ROMERO; Police Chief MICHEL MOORE, in his individual, and official capacity; and DOES 6-10, inclusive,<br><br>       Defendants. | Case No.: 2:21-cv-02957-FWS-MAR<br><br>*Judge:* Hon. Fred W. Slaughter<br>Dept. 10D<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

## ORDER

In consideration of the parties' stipulation for dismissal with prejudice of this action, IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

The Order to Show Cause issued on December 5, 2024, is hereby discharged.

Dated: December 12, 2024

HON. FRED W. SLAUGHTER
UNITES STATES DISTRICT JUDGE